Grant L. Cartwright, Esq. (AZ Bar No. 030780)
Andrew A. Harnisch, Esq. (AZ Bar No. 024957)
**MAY, POTENZA, BARAN & GILLESPIE, P.C.**
201 N. Central Avenue, Suite 2200
Phoenix, AZ  85004-0608
Telephone:   (602) 252-1900
Facsimile:   (602) 252-1114
E-mail:   gcartwright@maypotenza.com
   aharnisch@maypotenza.com

*Proposed Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceeding |
| ARCTIC CATERING, INC. | Case No. 2:18-bk-13118-EPB |
| Debtors. | **SUPPLEMENT TO EMERGENCY MOTION AUTHORIZING PAYMENT OF PRE-PETITION WAGES, SALARIES, EMPLOYEE BENEFITS, AND RELATED ITEMS**<br><br>**Hearing Date: October 29, 2018**<br>**Hearing Time: 2:30 p.m.**<br>**Courtroom: 601**<br>**Location: 230 N 1st Ave, Phoenix, AZ 85003** |

Arctic Catering, Inc., debtor and debtor-in-possession (the "**Debtor**") in the above-referenced chapter 11 case (the "**Bankruptcy Case**") submits this Supplement to the *Emergency Motion Authorizing Payment of Pre-Petition Wages, Salaries, Employee Benefits, and Related Items* [DE 7] to respectfully seek permission of the Court to pay $8,922.48 to Colonial Life Insurance for a life insurance payment owed on behalf of all of its Employees that arose pre-petition. In the ordinary course, the Debtor offers supplemental disability, accident, critical illness, and cancer insurance to be paid by its Employees through Colonial Life Insurance. The Employees make a monthly payment to Colonial to maintain the coverage. The payment to Colonial Life represents the entire amount owed for all Employees who have opted to pay for the additional insurance

through Colonial Life. When combined with pre-petition Wages and Benefits, the pre-petition amounts to be paid to each Employee are still under the priority cap imposed by Section 507(a)(4) of $12,850.00.

For this reason and the reasons set forth in the Wages Motion, the Debtor respectfully requests the Court permit it to pay the pre-petition amounts owed to Colonial Life for its Employees.

RESPECTFULLY SUBMITTED this 28th day of October, 2018.

**MAY, POTENZA, BARAN & GILLESPIE, P,C.**

By  *s/ Grant L. Cartwright*
Grant L. Cartwright
Andrew A. Harnisch
*Proposed Counsel for Debtor*

COPY of the foregoing mailed or emailed*
or faxed on October 28th, 2018, to:

*Liquid Capital Corp
Attn: Tammy Kemp, VP
5734 Yonge St Suite 400
Toronto, ON M2M 4E7
tkemp@liquidcapitalcorp.com

Food Services of America
P.O. Box 196073
Anchorage, AK, 99519
 Lee_Clark@fsafood.com

Fairchild Freight LLC
5323 N. 99th Avenue Suite# 155
Glendale, AZ, 85305
jason.fairchild@fairchildfreight.com

BDO
PO BOX 677973
Dallas, TX, 75267-7973
jhasle@bdo.com

Com Quest
8050 Resurrection Drive
Anchorage, AK, 99504-4731
Charlene4300@outlook.com

Veritiv Operating Company
P.O. Box 57006
Los Angeles, CA, 90074-7006
kleidy.castillo@veritivcorp.com

Personnel Plus
20 South Central Avenue
Baltimore, MD, 21202
Fax 410 534 1359

| | |
|---|---|
| Charlie's Produce<br>PO Box 24606<br>Seattle, WA, 98124-0606<br>OliverE@charliesproduce.com | V.F. Grace, Inc.<br>P.O. Box 200728<br>Anchorage, AK, 99520-0728<br>nichelle_atkinson@vfgrace.com |
| Country Foods<br>140 S Willow Street<br>Kenai, AK, 99611<br>Fax 907 283 2670 | Arctic Edge Services<br>13301 Messinia St<br>Anchorage, AK, 99516 |
| Beacon OHSS<br>Lb#631101<br>P.O. Box 3852<br>Seattle, WA, 981243852<br>tfrench@beaconohss.com<br>msprinkle@beaconhss.com | Stallion Rockies, Ltd.<br>P.O. Box 842364<br>Dallas, TX, 75284-2364<br>tvega@sofs.cc<br><br>Michelle Nicole Collins<br>HC02 Box 132<br>Gakona, AK, 99586<br>izorea@gmail.com |
| Jermain Dunnagan & Owens, P.C.<br>3000 A Street Suite 300<br>Anchorage, AK, 99503-4097<br>mgatti@jdolaw.com | Alaska Communications Systems<br>P.O. Box 196666<br>Anchorage, AK, 99519-6666<br>tonyacrain@acsalaska.com |
| Gordon Food Service<br>PO BOX 88029<br>Chicago, IL, 60680-1029<br>timbrown@gfs.com | Colonial Life<br>Processing Center<br>P.O. Box 1365<br>Columbia, SC, 29202-1365 |
| The Ultimate Software Group<br>PO Box 930953<br>Atlanta, GA, 31193-0953<br>accountsreceivable@ultimatesoftware.com | *Michael R. King, Esq.<br>Kevin J. Blakley, Esq.<br>Trinity Osborne, Esq.<br>Gammage & Burnham, PLC<br>2 North Central Ave., 15th Floor<br>Phoenix, Arizona 85004<br>mking@gblaw.com<br>KBlakley@gblaw.com<br>tosborne@gblaw.com<br>Attorneys for Food Services of America |
| Premera Blue Cross Blue Shield Of Alaska<br>P.O. Box 91060<br>ATTENTION: PAYMENT PROCESSING<br>Seattle, WA, 98111 | |
| Frontier Paper WCP<br>P.O. Box 84145<br>Seattle, WA, 98124-5445<br>FAX 907 258 4216 | |