Carolyn J. Johnsen, (#011894)
cjjohnsen@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona  85004
Phone: (602) 285-5000
Fax: (844) 670-6009
*Attorneys for Liquid Capital Exchange, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| ARCTIC CATERING, INC., | Case No.: 2:18-bk-13118-EPB |
| Debtors. | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |
| | Hearing Date: October 29, 2018<br>Hearing Time:  2:30 p.m.<br>Courtroom:  601<br>Location: 230 N. 1st Ave., Phoenix, AZ  85003 |

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b), Dickinson Wright PLLC appears in this matter through Carolyn J. Johnsen on behalf of Liquid Capital Exchange, Inc., and pursuant to Bankruptcy Rules 2002 and 9010(b), requests that the undersigned attorney be placed on the service list in this matter, and that all notices and other pleadings required to be served on the above parties in this case be served on counsel at the address set forth below:

Carolyn J. Johnsen
DICKINSON WRIGHT PLLC
1850 N. Central Avenue, Suite 1400
Phoenix, AZ  85004
cjjohnsen@dickinsonwright.com

-1-

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedule of assets and liabilities, statement of financial affairs, operating reports, disclosure statements and plans of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by U.S. Postal Service, courier service, delivery, telephone, facsimile, electronic mail or otherwise filed with regard to this case and any proceedings thereon.

This *Notice of Appearance and Request for Service* shall not be deemed or construed to be a waiver of the rights of Liquid Capital Exchange, Inc. (1) to have final orders in noncore matters entered only after *de novo* review by a district judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert or exercise any other rights, claims, actions, setoffs or recoupments to which Liquid Capital Exchange, Inc. is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED this 29th day of October, 2018.

**DICKINSON WRIGHT PLLC**

By: */s/ Carolyn J. Johnsen*
Carolyn J. Johnsen
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
*Attorneys for Liquid Capital Exchange, Inc.*

| | |
|---|---|
| 1 | **FOREGOING** electronically filed with the Clerk of the U.S. Bankruptcy Court for the District of Arizona this 29th day of October, 2018, with a **COPY** served the same date via electronic mail or regular mail upon the following parties: |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Grant L. Cartwright, Esq.<br>Andrew A. Harnisch, Esq.<br>MAY, POTENZA, BARAN & GILLESPIE, P.C.<br>201 N. Central Ave., Ste. 2200<br>Phoenix, AZ 85004<br>gcartwright@maypotenza.com<br>aharnisch@maypotenza.com |
| 7 | |
| 8 | |
| 9 | |
| 10 | Larry L. Watson<br>OFFICE OF THE UNITED STATES TRUSTEE<br>230 N. First Ave., #204<br>Phoenix, AZ 85003<br>Larry.watson@usdoj.gov |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | */s/ Janet Hawkins*<br>PHOENIX 99998-2606 503387v1 |