Michael R. King  #005903
Kevin J. Blakley #010777
**GAMMAGE & BURNHAM, P.L.C.**
TWO NORTH CENTRAL AVENUE
15TH FLOOR
PHOENIX, AZ  85004
TELEPHONE (602) 256-0566
FAX (602) 256-4475
EMAIL: MKING@GBLAW.COM
KBLAKLEY@GBLAW.COM

*Attorneys for Food Services of America, Inc.*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ARTIC CATERING, INC.,<br><br>Debtor. | Chapter 11<br><br>No. 2:18-bk-13118-EPB<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Food Services of America, Inc., by and through its attorneys, Gammage & Burnham P.L.C., hereby requests that the parties in this case provide it with written notice of all continuing proceedings and matters in the above-referenced bankruptcy, as of the date of the filing and as provided by law.

Notices to Food Services of America, Inc. should be sent to:

> Gammage & Burnham P.L.C.
> Attention:  Michael R. King
> Two North Central Avenue, 15th Floor
> Phoenix, Arizona  85004
> mking@gblaw.com
> kblakley@gblaw.com

NOTICE IS HEREBY GIVEN that the law firm of Gammage & Burnham P.L.C. has been retained to represent Food Services of America, Inc. in the above bankruptcy proceeding.

DATED this 29th day of October, 2018.

GAMMAGE & BURNHAM, P.L.C.

By /s/*Kevin J. Blakley*
   Michael R. King
   Kevin J. Blakley
   Two North Central Avenue, 15th Floor
   Phoenix, Arizona  85004

Efiled this 29th day of October, 2018.

**Copy** of the foregoing emailed/mailed this 29th day of October, 2018, to:

Grant L. Cartwright
Andrew A. Harnisch
MAY POTENZA, BARAN & GILLESPIE, P.C.
201 N. Central Avenue, Suite 2200
Phoenix, Arizona 85004-0608
gcartwright@maypotenza.com
aharnisch@maypotenza.com
*Attorneys for Debtors*

Larry L. Watson
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
Phoenix, Arizona  85003
larry.watson@usdoj.gov

| | |
|---|---|
| 1 | Carolyn J. Johnsen |
| 2 | Dickinson Wright PLLC |
|   | 1850 N. Central Avenue, Suite 1400 |
| 3 | Phoenix, Arizona 85004 |
| 4 | cjjohnsen@dickinsonwright.com |
|   | *Attorneys for Liquid Capital Exchange, Inc.* |
| 5 | |
| 6 | /s/ Elizabeth Guerrero |
| 7 | |