# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>ARCTIC CATERING, INC.<br>    Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:18-bk-13118-EPB<br><br>**ORDER APPROVING MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS** |

The Court having considered the *Motion to Extend Time to File Schedules and Statement of Financial Affairs* (the "**Motion**") and good cause appearing therefor, it is hereby **ORDERED** as follows:

1. The Motion is GRANTED.

2. The Debtor is granted an extension of eight days, until November 16, 2018, to prepare and file its Schedules and Statement of Financial Affairs.

**DATED AND SIGNED ABOVE**