# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

In re:

ARCTIC CATERING, INC.

           Debtor.

Chapter 11 Proceedings

Case No. 2:18-bk-13118-EPB

**ORDER APPROVING APPLICATION TO EMPLOY MAY POTENZA BARAN & GILLESPIE PC AS COUNSEL FOR DEBTOR *NUNC PRO TUNC* TO THE PETITION DATE**
      **AS AMENDED BY THE COURT**

On November 9, 2018, Arctic Catering, Inc., the debtor-in-possession ("**Debtor**"), filed its *Application to Employ May Potenza Baran & Gillespie, P.C. as Counsel for Debtor Nunc Pro Tunc to the Petition Date* [Docket Entry 37] (the "**Application**").

The Court having considered the Application, all papers and documents submitted in support of the Application; and good cause appearing therefor, it is hereby **ORDERED** as follows:

1. The Application is GRANTED ~~in its entirety~~, **with the exception of movant's request to file monthly interim fee applications.**

2. The Debtor is authorized to employ and appoint the Firm *nunc pro tunc* to the Petition Date for representation as counsel in this case under Chapter 11 of the Bankruptcy Code.

**SIGNED AND DATED ABOVE**