**Fill in this information to identify the case:**

Debtor name _____Arctic Catering, Inc_____

United States Bankruptcy Court for the: _____District of Arizona_____
(State)

Case number (If known): _____2:18-bk-13118-EPB_____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          **12/15**

---

**Part 1:     Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ...................................................   $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................   $ __2,154,235.48

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ..................................................   $ __2,154,235.48

---

**Part 2:     Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............   $ __886,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*...........................................   $ __24,167.39

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ............   **+**$ __3,937,215.40

4. **Total liabilities**...................................................................................................................   $ __4,847,382.79
    Lines 2 + 3a + 3b

---

☐ Check if this is an
amended filing

<u>Official Form 206A/B</u>

# Schedule A/B: Assets — Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $47,627.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. | | | $ |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. | $ |
| 4.2. | $ |

5. **Total of Part 1**    $47,627.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. Comquest, LLC | $ 26,200.00 |
| 7.2. Catalyst Ventures | $ 7,259.84 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____    $_____

   8.2. _____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $ 33,459.84

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    |  |  | Current value of debtor's interest |
    |---|---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    1,563,148.00    –    0.00    = ........➡    $ 1,563,148.00
         face amount                                doubtful or uncollectible accounts

    11b. Over 90 days old:    0.64    –    0.00    = ........➡    $ 0.64
         face amount                   doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 1,563,148.64

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                      % of ownership:

    15.1. _____    _____%    _____    $_____

    15.2. _____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $_____

    16.2. _____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____

| Debtor | Arctic Catering, Inc | Case number *(if known)* | 2:18-bk-13118-EPB |
|---|---|---|---|
| | Name | | |

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| | MM / DD / YYYY | $ | | $ |
| **20. Work in progress** | | | | |
| | MM / DD / YYYY | $ | | $ |
| **21. Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | $ | | $ |
| **22. Other inventory or supplies** Supply Inventory | 09/30/2018 | 510,000.00 | | 510,000.00 |
| | MM / DD / YYYY | $ | | $ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 510,000.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value  350,000.00    Valuation method_____  Current value  350,000.00

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| | $ | | $ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | |

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ 436,025.00 | _____ | $ 0.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2016 Chevrolet Traverse | $ 14,546.00 | Internet | $ Unknown |
| 47.2 2017 Chevrolet Silverado | $ 25,350.00 | Internet | $ Unknown |
| 47.3 2015 Chevy Silverado | $ 23,050.00 | Internet | $ Unknown |
| 47.4 See continuation sheet | $ 31,250.00 | | $ 0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ | | $ |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | Arctic Catering, Inc | Case number (if known) | 2:18-bk-13118-EPB |
|--------|---------------------|------------------------|---------------------|
| | Name | | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | 600 W 76th Avenue<br>Unit 402<br>Anchorage, AK 99518 | Real Estate Lease | $_____ | _____ | Unknown<br>$_____ |
| 55.2 | 401 E 100th Ave<br>Anchorage, AK 99515 | Commercial Sub-Lease | $_____ | _____ | Unknown<br>$_____ |
| 55.3 | See continuation sheet | | $_____0.00_____ | | $_____0.00_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $ 0.00 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>https://arcticcatering.com/ | $_____ | _____ | Unknown<br>$_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $ 0.00 |
|---|

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 6

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

Non Recourse David and Lorelei Gonzales

| 1,000,000.00 | – | 1,000,000.00 | = ➡ | $ 0.00 |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____                                     $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                                     $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                                     $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

                                                           $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                                     $_____

_____                                     $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 47,627.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 33,459.84 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,563,148.64 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 510,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 2,154,235.48 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.   2,154,235.48 .................................................   $ 2,154,235.48

Insider Non-Priority Unsecured Claims: $1,955,803
Affiliate Non-Priority Unsecured Claim: $507,894.00

## Continuation Sheet for Official Form 206 A/B

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**2015 Chevy Silverado 23,050.00      Internet      Unknown**
**2500**

**2011 Chevy Traverse   8,200.00      Internet      Unknown**


**55) Real property**

**3230 "C" Street                       Unknown**
**Suite 200**
**Anchorage,**
**AK 99503**
**2nd floor of ComQues**
**t Blg**

**Real Estate Lease**

**7373 Doubletree Ranc                Unknown**
**h Rd**
**Suite B 125**
**Scottsdale,**
**AZ 85258**

**Real Estate Lease**

**7373 Doubletree Ranc                Unknown**
**h Rd**
**Suite B 135**
**Scottsdale,**
**AZ 85258**

**Real Estate Lease**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Arctic Catering, Inc |
| United States Bankruptcy Court for the: | District of Arizona    District of _____ (State) |
| Case number (If known): | 2:18-bk-13118-EPB |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Alliance Bank CC | 100,000 Bank Deposit | $ 100,000.00 | $ 100,000.00 |

Creditor's mailing address
PO Box 31021
Tampa, FL 33631-3021

Creditor's email address, if known

**Describe the lien**
_____

Date debt was incurred    10/2017

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Last 4 digits of account number

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Liquid Capital Exchange , Inc. | Blanket lien on all assets. | $ 786,000.00 | $ 2,154,238.48 |

Creditor's mailing address
c/o Dickinson Wright
1850 N. Central Avenue, Suite 1400, Phoer

Creditor's email address, if known
cjjohnsen@dickinsonwright.com

**Describe the lien**
UCC-1

Date debt was incurred    10/2017
Last 4 digits of account number

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 886,000.00

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|-------------------------------------------------|
| Julie Rystad, Senior Finance Counsel<br>One East Washington Street<br>Suite 1400<br>Phoenix, AZ, 85004 | Line 2. 1 | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** Priority creditor's name and mailing address
City of Alexandria
Finance Department
Revenue Administration Division
Alexandria, VA, 22334-0842

**Date or dates debt was incurred**
_____

**Last 4 digits of account
number** _____

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 8,277.10    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2** Priority creditor's name and mailing address
Georgia  Deparment of Revenue
Processing Center
PO Box 740317
Atlanta, GA, 30374-0317

**Date or dates debt was incurred**
_____

**Last 4 digits of account
number** _____

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 143.03    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.3** Priority creditor's name and mailing address
Municipality of Anchorage
P.O. Box 196650

Anchorage, AK, 99519-6650

**Date or dates debt was incurred**
_____

**Last 4 digits of account
number** _____

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 5,272.20    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| Total claim | Priority amount |
|-------------|-----------------|

---

**2.4 Priority creditor's name and mailing address**

North Slope Borough
PO Box 69
1274 Agvik St
Barrow, AK, 99723-0069

$ 106.49          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.5 Priority creditor's name and mailing address**

Ohio Department of Revenue
P.O. Box 2678
Columbus, OH, 43216-2678

$ 850.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.6 Priority creditor's name and mailing address**

Treasury Division, City of Alexandria
PO BOX 34901

Alexandria, VA, 22334

$ 1,426.31          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.7 Priority creditor's name and mailing address**

Virginia Department of Taxation
P.O. Box 1777

Richmond, VA, 23218-1777

$ 727.50          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

## Part 1. Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.8 Priority creditor's name and mailing address**

Virginia Department of Taxation
P.O. Box 26627

Richmond, VA, 23261-6627

$ 7,364.76                              $

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**        _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.____ Priority creditor's name and mailing address**

$ _____                        $ _____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.____ Priority creditor's name and mailing address**

$ _____                        $ _____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.____ Priority creditor's name and mailing address**

$ _____                        $ _____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
Acme Paper & Supply Co.
8229 Sandy Court
P.O.Box 422
Savage, MD, 20763

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,154.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Air Liquide America L.P.
6415 Arctic Blvd.

Anchorage, AK, 99518

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 718.96

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Alaska Business Publishing Co.
501 W Northern Lights BLVD #100

Anchorage, AK, 99503

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 2,710.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Alaska Communications Systems
P.O. Box 196666

Anchorage, AK, 99519-6666

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 11,959.72

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Alaska Dispatch News
P.O. Box 149001

Anchorage, AK, 995149001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 975.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Alaska Enterprise Solutions
557 E Fireweed Ln

Anchorage, AK, 99503

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 157.51

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Arctic Catering, Inc | Case number (if known) | 2:18-bk-13118-EPB |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** Nonpriority creditor's name and mailing address

Alaska Northern Courier LLC
PMB 20 1
1120 Huffman Rd #24
Anchorage, AK, 99515

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 658.50

---

**3.8** Nonpriority creditor's name and mailing address

Alaska Provisions/Boar's Head
801 E. 82nd Avenue Unit B-11

Anchorage, AK, 99518

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,837.51

---

**3.9** Nonpriority creditor's name and mailing address

Alaska Restaurant Supply
2511 Eagle Street

Anchorage, AK, 99503

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,254.50

---

**3.10** Nonpriority creditor's name and mailing address

Alaska Textiles
620 West Fireweed Lane

Anchorage, AK, 995032506

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,526.40

---

**3.11** Nonpriority creditor's name and mailing address

Alaska's Best Water & Coffee
11811 S Gambell Street

Anchorage, AK, 99515

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 684.50

---

| Debtor | Arctic Catering, Inc | Case number (if known) | 2:18-bk-13118-EPB |
|---|---|---|---|
| | Name | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12** Nonpriority creditor's name and mailing address

Alsco
4111 Pleasantdale Road

Doraville, GA, 30340

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 1,998.57**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

Alsco - Alexandria
725 S Picket St

Alexandria, VA, 22304

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 6,210.56**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

Arctic Edge Services
13301 Messinia St

Anchorage, AK, 99516

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 10,721.10**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

AT&T Mobility
P.O. Box 6463

Carol Stream, IL, 60197-6463

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 3,318.06**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

BDO
PO BOX 677973

Dallas, TX, 75267-7973

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 98,468.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Arctic Catering, Inc | Case number (if known) | 2:18-bk-13118-EPB |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** Nonpriority creditor's name and mailing address

Beacon OHSS
Lb#631101
P.O. Box 3852
Seattle, WA, 981243852

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 31,949.05

---

**3.18** Nonpriority creditor's name and mailing address

Brooks Range Supply, Inc.
P.O. Box 243445

Anchorage, AK, 995243445

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 75.80

---

**3.19** Nonpriority creditor's name and mailing address

BWC State Insurance Fund
Ohio Bureau of Workers' Compensation
P.O. Box 89492
Cleveland, OH, 44101-6492

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 142.60

---

**3.20** Nonpriority creditor's name and mailing address

Canada Dry
5330 Port Royal Rd

Springfield, VA, 22151

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 908.29

---

**3.21** Nonpriority creditor's name and mailing address

Carlile Transport
PO Box 84048

Seattle, WA, 98124-8448

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,166.38

---

| Debtor | Arctic Catering, Inc | Case number *(if known)* | 2:18-bk-13118-EPB |
|--------|---------------------|------------------------|-------------------|
|        | Name                |                        |                   |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Charlie's Produce
PO Box 24606

Seattle, WA, 98124-0606

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 90,613.03

**3.23** Nonpriority creditor's name and mailing address

Chugach Electric Assoc.
P.O. Box 196300

Anchorage, AK, 995196300

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 149.02

**3.24** Nonpriority creditor's name and mailing address

Coca-Cola Bottling of Alaska, LLC
A Division of the Odom Corporation
PO Box 84643
Seattle, WA, 98124-5943

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 768.50

**3.25** Nonpriority creditor's name and mailing address

Com Quest
8050 Resurrection Drive

Anchorage, AK, 99504-4731

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 46,267.18

**3.26** Nonpriority creditor's name and mailing address

COMCAST Business
PO Box 3001

Southeastern, PA, 19398-3001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 161.53

| Debtor | Arctic Catering, Inc | Case number (if known) | 2:18-bk-13118-EPB |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27 Nonpriority creditor's name and mailing address**

Cortex Business Solutions USA, LLC
PO BOX 675035

Dallas, TX, 75267-5035

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 104.55

---

**3.28 Nonpriority creditor's name and mailing address**

Country Foods
140 S Willow Street

Kenai, AK, 99611

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 64,621.84

---

**3.29 Nonpriority creditor's name and mailing address**

Cox Business
PO Box 53249

Phoenix, AZ, 85072-3249

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Telephone / Internet services

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 733.78

---

**3.30 Nonpriority creditor's name and mailing address**

CT Corporation
P.O. Box 4349

Carol Stream, IL, 601974349

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,170.25

---

**3.31 Nonpriority creditor's name and mailing address**

David Gonzales
6131 East Naumann
Paradise Valley, AZ, 85253

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid expenses/Insider

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 254,000.00

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.32** Nonpriority creditor's name and mailing address

Dickinson Wright PLLC
1850 North Central Avenue Suite 1400

Phoenix, AZ, 85004-4568

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,400.00

**3.33** Nonpriority creditor's name and mailing address

Economy Linen and Towel Service, Inc
80 Mead Street
Cincinnati Branch
Dayton, OH, 45402

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 405.89

**3.34** Nonpriority creditor's name and mailing address

Everts Air
611 Lockheed Ave
Anchorage, AK, 99502

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 67.88

**3.35** Nonpriority creditor's name and mailing address

Fairchild Freight LLC
5323 N. 99th Avenue
Suite# 155
Glendale, AZ, 85305

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 151,199.85

**3.36** Nonpriority creditor's name and mailing address

FedEx
P.O. Box 94515

Palatine, IL, 60094-4515

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,543.71

| Debtor | Arctic Catering, Inc | Case number (if known) | 2:18-bk-13118-EPB |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37** Nonpriority creditor's name and mailing address

Food Services of America
P.O. Box 196073

Anchorage, AK, 99519

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 529,903.18

---

**3.38** Nonpriority creditor's name and mailing address

Food Services of America - Loveland
5820 Piper Drive

Loveland, CO, 80538

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 45.16

---

**3.39** Nonpriority creditor's name and mailing address

Frontier Paper WCP
P.O. Box 84145

Seattle, WA, 98124-5445

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 13,650.80

---

**3.40** Nonpriority creditor's name and mailing address

Gordon Food Service
PO BOX 88029

Chicago, IL, 60680-1029

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 28,697.62

---

**3.41** Nonpriority creditor's name and mailing address

Grainger
Dept. 007-850915315
P.O. Box 419267
Kansas City, MO, 64141-6267

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 331.06

| Debtor | Arctic Catering, Inc | Case number (if known) | 2:18-bk-13118-EPB |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42  Nonpriority creditor's name and mailing address**

Grexen Kitchen Exhaust Cleaning
6170 First Financial Drive
Suite 203
Burlington, KY, 41005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 1,066.79**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.43  Nonpriority creditor's name and mailing address**

Horizon Business Services, Inc.
PO Box 7459

Naples, FL, 34101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 2,592.00**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.44  Nonpriority creditor's name and mailing address**

IGOE Administrative Services
PO Box 501480

San Diego, CA, 92150-1480

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 138.25**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.45  Nonpriority creditor's name and mailing address**

Iron Mountain
PO BOX 601002

PASADENA, CA, 91189

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 195.06**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.46  Nonpriority creditor's name and mailing address**

Jermain Dunnagan & Owens, P.C.
3000 A Street Suite 300

Anchorage, AK, 99503-4097

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 28,540.53**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

| Debtor | Arctic Catering, Inc | Case number (if known) | 2:18-bk-13118-EPB |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** Nonpriority creditor's name and mailing address

John L. Stull
4019 East Robin Lane
Phoenix, AZ, 85050

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid director fees/Insider

$ 20,000.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.48** Nonpriority creditor's name and mailing address

Joshen Paper
5800 Grant Avenue

Cuyahoga Heights, OH, 44105

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,027.56

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.49** Nonpriority creditor's name and mailing address

Kaladi Brothers Coffee LLC
6921 Brayton Drive , Suite 201

Anchorage, AK, 99507

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 362.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.50** Nonpriority creditor's name and mailing address

Keany Produce
3310 75th Ave

Landover, MD, 20785

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 8,470.62

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.51** Nonpriority creditor's name and mailing address

Kress Employment Screening
320 Westcott Street
Suite 108
Houston, TX, 77007

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 554.89

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Arctic Catering, Inc | Case number (if known) | 2:18-bk-13118-EPB |
|--------|---------------------|------------------------|-------------------|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52** Nonpriority creditor's name and mailing address

Kuukpik Corporation
582 East 36th Avenue
Suite 600
Anchorage, AK, 99503

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,000.00

Basis for the claim: Royalties

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address

Kuukpik Corporation
582 E 36th Avenue

Anchorage, AK, 99501

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 507,894.00

Basis for the claim: Royalties/Affiliate

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address

Levinology Labs, LLC
601 W 5th Ave 2nd Floor

Anchorage, AK, 99501

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,620.00

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.55** Nonpriority creditor's name and mailing address

LGC Associates, LLC - Cincinnati Affliate
PO BOX 823461

Philadelphia, PA, 19182

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,417.60

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.56** Nonpriority creditor's name and mailing address

Lynden Transport
PO BOX 34026

Seattle, WA, 98124-1026

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,169.00

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Arctic Catering, Inc | Case number (if known) | 2:18-bk-13118-EPB |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 57 **Nonpriority creditor's name and mailing address**

Medical Management Inc
P.O. Box 210682

Anchorage, AK, 99521-0682

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 6,644.89

---

**3.** 58 **Nonpriority creditor's name and mailing address**

Michelle Nicole Collins
HC02 Box 132

Gakona, AK, 99586

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Settlement

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 10,000.00

---

**3.** 59 **Nonpriority creditor's name and mailing address**

Moms Laundry
1301 Huffman #127
Anchorage, AK, 99515

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,134.00

---

**3.** 60 **Nonpriority creditor's name and mailing address**

Northern Air Cargo
4510 Old International Airport Road
Anchorage, AK, 99502

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 15,977.46

---

**3.** 61 **Nonpriority creditor's name and mailing address**

Northern Oilfield Services
420 L Street
Suite 101
Anchorage, AK, 99501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 3,629.76

| Debtor | Arctic Catering, Inc | Case number (if known) | 2:18-bk-13118-EPB |
|---|---|---|---|
| | Name | | |

x

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.62 Nonpriority creditor's name and mailing address**

Pacific Office Automation
PO BOX 41602

Philedelphia, PA, 19101-1602

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**$ 633.06**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.63 Nonpriority creditor's name and mailing address**

Peak Oilfield Services Co.
5015 Business Park Blvd
Suite 4000
Anchorage, AK, 99503

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**$ 22,327.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.64 Nonpriority creditor's name and mailing address**

Pepsi Beverages Company
75 Remittance Dr
Suite 1884
Chicago, IL, 60675-1884

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 4.12**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.65 Nonpriority creditor's name and mailing address**

Pepsi Bottling Group
75 Remittance Drive Suite 1884

Chicago, IL, 60675-1884

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 1,260.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.66 Nonpriority creditor's name and mailing address**

Perry and Inez MacMillian
983 Carrara Court
Mesquite, NV, 89027

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Monies Loaned/Insider/Director Fees

**$ 620,000.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | Arctic Catering, Inc | Case number *(if known)* | 2:18-bk-13118-EPB |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.67**   Nonpriority creditor's name and mailing address

Personnel Plus
20 South Central Avenue

Baltimore, MD, 21202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 45,888.42**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.68**   Nonpriority creditor's name and mailing address

Petroleum Newspapers Of Alaska
P.O. Box 231647

Anchorage, AK, 99523-1647

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 2,000.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.69**   Nonpriority creditor's name and mailing address

PIP Printing
833 E. 4th Avenue

Anchorage, AK, 99501

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 228.60**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.70**   Nonpriority creditor's name and mailing address

Plan Source
PO Box 1313

Orlando, FL, 32802

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 6,393.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.71**   Nonpriority creditor's name and mailing address

Premera Blue Cross Blue Shield Of Alaska
P.O. Box 91060
ATTENTION: PAYMENT PROCESSING
Seattle, WA, 98111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 18,051.09**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Arctic Catering, Inc | Case number (if known) | 2:18-bk-13118-EPB |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3. 72** Nonpriority creditor's name and mailing address

Purchase Power
P.O. Box 371874

Pittsburgh, PA, 15250-7874

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 438.00

---

**3. 73** Nonpriority creditor's name and mailing address

Rexus Corporation
PO Box 25290

Charlotte, NC, 28229-5290

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 504.00

---

**3. 74** Nonpriority creditor's name and mailing address

Rick MacMillan
13557 N. Buckhorn Cholla Drive

Marana, AZ, 85658-4159

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned/Insider

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 766,803.00

---

**3. 75** Nonpriority creditor's name and mailing address

Roberts Oxygen
17011 Railroad St

Gaithersburg, MD, 20877

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 28.30

---

**3. 76** Nonpriority creditor's name and mailing address

Sagaya Wholesale
1101 E. Whitney Road

Anchorage, AK, 99501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,384.88

---

| Debtor | Arctic Catering, Inc | Case number *(if known)* 2:18-bk-13118-EPB |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 77** Nonpriority creditor's name and mailing address

Sandra and Jerry Cox
8701 Geirinhas Place
Anchorage, AK, 99507

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned/Insider

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 250,000.00

---

**3. 78** Nonpriority creditor's name and mailing address

Shred Alaska
801 E 82nd Ave

Anchorage, AK, 99518

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 703.00

---

**3. 79** Nonpriority creditor's name and mailing address

Sockeye
808 E Street
Suite 100
Anchorage, AK, 99501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 788.75

---

**3. 80** Nonpriority creditor's name and mailing address

Stallion Rockies, Ltd.
P.O. Box 842364

Dallas, TX, 75284-2364

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,248.00

---

**3. 81** Nonpriority creditor's name and mailing address

Staples Business Advantage
PO Box 660409

Dallas, TX, 75266-0409

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,274.72

---

| Debtor | Arctic Catering, Inc | Case number *(if known)* | 2:18-bk-13118-EPB |
|--------|---------------------|--------------------------|-------------------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** Nonpriority creditor's name and mailing address

Staples Business Advantage
PO Box 660409

Dallas, TX, 75266-0409

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 119.44**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.83** Nonpriority creditor's name and mailing address

Tangerine Promotions
PO Box 748024

Cincinnati, OH, 45274-8024

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 2,815.81**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.84** Nonpriority creditor's name and mailing address

TGI Freight
P.O. Box 221049

Anchorage,, AK, 99522-1049

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 414.00**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.85** Nonpriority creditor's name and mailing address

The Ultimate Software Group
PO Box 930953

Atlanta, GA, 31193-0953

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 20,472.00**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.86** Nonpriority creditor's name and mailing address

Todd Brown
11435 N. St. Andrews Way
Scottsdale, AZ, 85254

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned/Insider/Director Fees

**$ 45,000.00**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Arctic Catering, Inc | Case number (if known) | 2:18-bk-13118-EPB |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.87** Nonpriority creditor's name and mailing address

V.F. Grace, Inc.
P.O. Box 200728

Anchorage, AK, 995200728

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 13,472.12

---

**3.88** Nonpriority creditor's name and mailing address

Veritiv Operating Company
P.O. Box 57006

Los Angeles, CA, 90074-7006

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 94,060.54

---

**3.89** Nonpriority creditor's name and mailing address

Verizon Wireless
P.O. Box 660108

Dallas, TX, 75266-0108

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Telephone / Internet services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 211.80

---

**3.90** Nonpriority creditor's name and mailing address

Womble Bond Dickinson
PO BOX 601879

Charlotte, NC, 28260-1879

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 105.00

---

**3.91** Nonpriority creditor's name and mailing address

Wonderbuild.com
PO Box 160070

Big Sky, MT, 59716

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 222.00

---

| Debtor | Arctic Catering, Inc | Case number *(if known)* | 2:18-bk-13118-EPB |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.**92 **Nonpriority creditor's name and mailing address**

WorkSaver Employee Testing Systems LLC
478 Corporate Drive

Houma, LA, 70360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,500.00

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | |
|---|---|
| Last 4 digits of account number | |

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Date or dates debt was incurred | |
|---|---|
| Last 4 digits of account number | |

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Date or dates debt was incurred | |
|---|---|
| Last 4 digits of account number | |

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Date or dates debt was incurred | |
|---|---|
| Last 4 digits of account number | |

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Date or dates debt was incurred | |
|---|---|
| Last 4 digits of account number | |

| Debtor | Arctic Catering, Inc | Case number (if known) | 2:18-bk-13118-EPB |
|---|---|---|---|
| | Name | | |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Brian Boyd<br>Boyd, Chandler & Falconer, LLP<br>911 W. 8th Avenue, Suite 302<br>Anchorage, AK, 99503 | Line _3.52_<br>☐ Not listed. Explain: | _____ |
| 4.2. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  | | **Total of claim amounts** |
| --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | $ 24,167.39 |
| 5b. **Total claims from Part 2** | 5b. ➕ | $ 3,937,215.40 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,961,382.79 |

**Fill in this information to identify the case:**

Debtor name ___Arctic Catering, Inc___

United States Bankruptcy Court for the: __District of Arizona__ District of _____

Case number (If known): __2:18-bk-13118-EPB__   Chapter __11__ (State)

❑ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

❑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | 600 W. 76th Avenue Unit 402 Anchorage, Alaska 99518 Lessee | Paragon Properties |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | 401 East 100th Avenue Anchorage, Alaska 99503 Lessee | Fairchild Freight, LLC |
| | State the term remaining | 10/1/2020 | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lessee | Pitney Bowes |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | 3230 "C" Street Suite 200 Anchorage, Alaska 99503 Lessee | Com Quest, LLC |
| | State the term remaining | 10/31/2020 | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | 7373 Doubletree Ranch Road Suite B125 Scottsdale, Arizona 85258 Lessee | Catalyst Ventures |
| | State the term remaining | 5/31/2020 | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.6** **State what the contract or lease is for and the nature of the debtor's interest** | 7373 Doubletree Ranch Road Suite B135 Scottsdale, Arizona 85258 |
| **State the term remaining** | 5/31/2020 |
| **List the contract number of any government contract** | Catalyst Ventures |

| 2.___ **State what the contract or lease is for and the nature of the debtor's interest** | |
|---|---|
| **State the term remaining** | |
| **List the contract number of any government contract** | |

| 2.___ **State what the contract or lease is for and the nature of the debtor's interest** | |
|---|---|
| **State the term remaining** | |
| **List the contract number of any government contract** | |

| 2.___ **State what the contract or lease is for and the nature of the debtor's interest** | |
|---|---|
| **State the term remaining** | |
| **List the contract number of any government contract** | |

| 2.___ **State what the contract or lease is for and the nature of the debtor's interest** | |
|---|---|
| **State the term remaining** | |
| **List the contract number of any government contract** | |

| 2.___ **State what the contract or lease is for and the nature of the debtor's interest** | |
|---|---|
| **State the term remaining** | |
| **List the contract number of any government contract** | |

| 2.___ **State what the contract or lease is for and the nature of the debtor's interest** | |
|---|---|
| **State the term remaining** | |
| **List the contract number of any government contract** | |

**Fill in this information to identify the case:**

Debtor name    Arctic Catering, Inc

United States Bankruptcy Court for the:    District of Arizona

Case number (If known):    2:18-bk-13118-EPB

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 David Gonzales | David Gonzales<br>6131 East Naumann<br>Paradise Valley, AZ, 85253 | Charlie's Produce | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 Randolph MacMillan | Randolph MacMillan | Food Services of America | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 Frederick MacMillan | Frederick MacMillan | Food Services of America | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 Inez MacMillan | Inez MacMillan<br>983 Carrara Court<br>Mesquite, NV, 89027 | Food Services of America | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 Perry MacMillan | Perry MacMillan<br>983 Carrara Court<br>Mesquite, NV, 89027 | Food Services of America | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 Alexander MacMillan | Alexander MacMillan | Food Services of America | ☐ D<br>☑ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7 David Gonzales | David Gonzales<br>6131 East Naumann<br>Paradise Valley, AZ, 85253 | Food Services of America | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 Sandra Cox | Sandra Cox<br>8701 Geirinhas Place<br>Anchorage, AK, 99507 | Food Services of America | ☐ D<br>☑ E/F<br>☐ G |
| 2.9 Jerry Cox | Jerry Cox<br>8701 Geirinhas Place<br>Anchorage, AK, 99507 | Food Services of America | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 Sandra Cox | Sandra Cox<br>8701 Geirinhas Place<br>Anchorage, AK, 99507 | Liquid Capital Exchange , | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 David Gonzales | David Gonzales<br>6131 East Naumann<br>Paradise Valley, AZ, 85253 | Liquid Capital Exchange , | ☑ D<br>☐ E/F<br>☐ G |
| 2.12 Frederick MacMilla | Frederick MacMillan | Liquid Capital Exchange , | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 Randolph MacMilla | Randolph MacMillan | Liquid Capital Exchange , | ☑ D<br>☐ E/F<br>☐ G |
| 2. | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___Arctic Catering, Inc___

United States Bankruptcy Court for the: __District of Arizona__

Case number (If known): ___2:18-bk-13118-EPB___

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2018 <br> MM / DD / YYYY | to Filing date | ☑ Operating a business <br> ☐ Other _____ | $ 19,300,000.00 |
| **For prior year:** | From 01/01/2017 <br> MM / DD / YYYY | to 12/31/2017 <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | $ 30,124,851.00 |
| **For the year before that:** | From 01/01/2016 <br> MM / DD / YYYY | to 12/31/2016 <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | $ 32,719,724.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ <br> MM / DD / YYYY | to Filing date | _____ | $_____ |
| **For prior year:** | From _____ <br> MM / DD / YYYY | to _____ <br> MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____ <br> MM / DD / YYYY | to _____ <br> MM / DD / YYYY | _____ | $_____ |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.1. | Liquid Capital Exchange , Inc.<br>Creditor's name<br>c/o Dickinson Wright<br>1850 N. Central Avenue, Suite 1400<br>Phoenix, AZ 85004 | 10/19/2018<br><br>10/15/2018<br><br>10/10/2018 | $ 4,392,255.03 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Sockeye<br>Creditor's name<br>808 E Street<br>Suite 100<br>Anchorage, AK 99501 | 9/11/18<br><br>_____<br><br>_____ | $ 16,888.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- | --- |
| 4.1. | David Gonzales<br>Insider's name<br>6131 East Naumann Drive<br>Paradise Valley, AZ 85253<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $ 807,426.15 | Payments 11/6/2017-08/02/2018<br>Expense Reimbursement $87426.15<br>and Salary $720,000 |
| 4.2. | Insider's name<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $ _____ | |

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|------|-----------------------------|-----------------------------|------|-------------------|
| 5.1. | _____ Creditor's name | | _____ | $_____ |
| 5.2. | _____ Creditor's name | | _____ | $_____ |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|-----------------------------|-----------------------------------------|-----------------------|--------|
| _____ Creditor's name | | _____ | $_____ |
| Last 4 digits of account number: XXXX– _____ | | | |

## Part 3:  Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|------------|----------------|-------------------------------------|----------------|
| 7.1. | Ashaja Reece | Age Discrimination Complaint | Alaska State Commission for Human Rights | ☐ Pending |
| | **Case number** | | 800 A Street, Suite 204 Anchorage, AK 99501-3669 | ☐ On appeal |
| | | | | ☑ Concluded |
| | _____ | | | |
| 7.2. | Barren Garrett | | Alaska State Commission for Human Rights | ☐ Pending |
| | **Case number** | Age Discrimination Complaint | 800 A Street, Suite 204 Anchorage, AK 99501-3669 | ☐ On appeal |
| | | | | ☑ Concluded |
| | _____ | | | |

Case 2:18-bk-13118-EPB    Doc 54    Filed 11/19/18    Entered 11/19/18 13:14:26    Desc
Main Document     Page 43 of 63

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | May Potenza Baran & Gillespie, P.C. | | 10/24/18 | $ 49,364.40 |
| | **Address** | | | |
| | 201 N. Central Avenue<br>22nd Floor<br>Phoenix, AZ 85004 | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Rick MacMillan | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | _____ | $_____ |
| **Trustee** | | | |
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ |  | _____ | $_____ |
| Address |  |  |  |
| Relationship to debtor |  |  |  |
| _____ |  |  |  |
| Who received transfer? |  | _____ | $_____ |
| 13.2. _____ |  |  |  |
| Address |  |  |  |
| Relationship to debtor |  |  |  |
| _____ |  |  |  |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. 1301 Huffman Road, #200<br>Anchorage, AK 99515 | From 08/2010  To 08/2016 |
| 14.2. | From _____  To _____ |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

    Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| John Hancock | EIN: _____ |

    Has the plan been terminated?

    ☑ No

    ☐ Yes

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

Case 2:18-bk-13118-EPB    Doc 54    Filed 11/19/18    Entered 11/19/18 13:14:26    Desc
Main Document     Page 48 of 63

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☐ No
☑ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____<br><br>**Case number**<br><br>_____ | _____<br>Name | Debtor operated/owned camp in Inigok Alaska NPR-A.  Camp was sold and buyer defaulted with camp structure remaining at Inigock.  Debtor is use permit holder from BLM.  BLM has requested that camp be removed pursuant to the original use permit.  The Debtor estimates the cost to be | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No
☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Inigok Alaska NPR-A<br>_____<br>Name | Bureau of Land Management  (BLM)<br>_____<br>Name<br>4700 BLM Road<br>Anchorage, AK 99507 | | _____ |

Case 2:18-bk-13118-EPB    Doc 54    Filed 11/19/18    Entered 11/19/18 13:14:26    Desc
Main Document      Page 49 of 63

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Kuukpick Arctic Catering, LLC<br>Name<br>3230 C Street<br>Suite 200<br>Anchorage, AK 99503 | Marketing Joint Venture | EIN: 92-0159936<br>**Dates business existed**<br>From 1999    To Present |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br>From _____    To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br>From _____    To _____ |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Joe Towslee | From 05/01/2016 |
| Name | To 08/01/2017 |

| Name and address | Dates of service |
|---|---|
| 26a.2. Kendall Williams | From 08/01/2017 |
| Name | To 09/30/2018 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. BDO - Jim Husle | From 11/01/2015 |
| Name | To 12/31/2017 |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____ |
| Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  Liquid Capital Exchange<br>Name<br>5734 Yonge Street, Suite 400, Toronto, ON MZM 4E7 |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| CG Thomas | 09/30/2018 | $ Unknown |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.  CG Thomas<br>Name<br>3200 C Street<br>#200<br>Anchorage, AK 99503 |

Case 2:18-bk-13118-EPB     Doc 54    Filed 11/19/18     Entered 11/19/18 13:14:26     Desc
Main Document     Page 52 of 63

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
Name

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Perry MacMillan | 983 Carrara Court, Mesquite, NV 89027 | Owner/Director/Shareholder | 20% |
| David Gonzales | 6131 East Naumann, Paradise Valley, AZ 85253 | President/CEO | 10% |
| John Stull | 4019 East Robin Lane, Phoenix, AZ 85050 | Secretary/Director | |
| Todd Brown | 11435 N. St Andrews Way, Scottsdale, AZ 85254 | Director | |
| Frederick G. MacMillan | , | Shareholder | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?
☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kendall Williams | unknown | CFO | _____ To _____ |
| Allison Waithem | unknown | Controller | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | | | |

| Relationship to debtor |
|---|

| Name and address of recipient | | | |
|---|---|---|---|
| 30.2 _____ | _____ | _____ | _____ |
| Name | | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| John Hancock | EIN: _____ |

---

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/19/2018
           MM  / DD  / YYYY

✖ /s/ David Gonzales                          Printed name   David Gonzales
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   President/CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | | |
|---|---|---|
| Com Quest,<br>8050 Resurrection Drive,<br>Anchorage, AK 99504-4731 | $50,235.70 | Services |
| AT&T Mobility, P.O.<br>Box 6463, Carol Stream,<br>IL 60197-6463 | $9,954.99 | Services |
| Alaska Communications Syst<br>ems, P.O. Box 196666,<br>Anchorage, AK 99519-6666 | $17,739.39 | Services |
| Pepsi Beverages Company,<br>7<br>5 Remittance Dr Suite 18<br>84, Chicago,<br>IL 60675-1884 | $151,989.13 | Suppliers or vendors |
| Beacon OHSS, Lb#631101 P.<br>O. Box 3852, Seattle,<br>WA 981243852 | $18,988.50 | Services |
| Frontier Paper WCP, P.O.<br>Box 84145, Seattle,<br>WA 98124-5445 | $7,233.06 | Suppliers or vendors |
| Fairchild Freight LLC,<br>5323 N.<br>99th Avenue Suite# 155,<br>Glendale, AZ 85305 | $90,645.65 | Suppliers or vendors |
| Marsh & McLennan Agency,<br>LLC,<br>13063 Collection Cen<br>ter Drive, Chicago,<br>IL 60693-0130 | $72,363.00 | Services |
| Food Services of America,<br>P.O. Box 196073,<br>Anchorage, AK 99519 | $548,026.35 | Suppliers or vendors |
| Country Foods,<br>140 S Willow Street,<br>Kenai, AK 99611 | $22,010.14 | Suppliers or vendors |
| Premera Blue Cross Blue Sh<br>ield Of Alaska, P.O.<br>Box 9<br>1060 ATTENTION: PAYM<br>ENT PROCESSING, Seattle,<br>WA 98111 | $22,574.38 | Services |
| Charlie's Produce,<br>PO Box 24606, Seattle,<br>WA 98124-0606 | $21,597.01 | Suppliers or vendors |
| Gordon Food Service, | $90,196.77 | Suppliers or vendors |

## Continuation Sheet for Official Form 207

PO BOX 88029, Chicago,
 IL 60680-1029

| Stallion Rockies, Ltd., | $19,670.12 | Suppliers or vendors |
|---|---|---|
| P.O. Box 842364, Dallas, TX 75284-2364 | | |

Veritiv Operating Company,   $20,540.24                Suppliers or vendors
 P.O. Box 57006,
 Los Angeles,
 CA 90074-7006

The Ultimate Software Grou $889,851.48               Suppliers or vendors
p, PO Box 930953,
 Atlanta, GA 31193-0953

Keany Produce,               $6,452.60                Suppliers or vendors
 3310 75th Ave, Landover,
 MD 20785

Personnel Plus,              $20,836.56               Suppliers or vendors
 20 South Central Avenue,
 Baltimore, MD 21202

Alliance Bank CC,            $98,759.22               Secured debt
 PO Box 31021, Tampa,
 FL 33631-3021

Catalyst Ventures,           $34,738.74
 7373 Ea
st Doubletree Ranch Road,
 Scottsdale, AZ 85258

AFCO, 4501 College Blvd.,    $20,668.24
 Ste. 320,
 Shawnee Mission,
 KS 66211

Aetna,                       $9,526.18
 Attn: Aetna-Middlet
own P.O. Box 88860,
 Chicago, IL 60695-1860

BINDOLABSINC,                $7,835.96
 130 w 25th Street FL4B,
 New York, NY 10001

Bank of America,             $16,933.85

Colonial Life,               $25,995.49
 Processing Center P.O.
 Box 1365, Columbia,
 SC 29202-1365

Ducey & Associates, LLC,     $33,116.93

Global Services, Inc.,       $26,955.89
 Kurt Winkler 1701 E.
 84th Ave., Anchorage,
 AK 99507

### Continuation Sheet for Official Form 207

Issac D. Zorea, Esq,        $6,650.00
 Law O
ffice of Isaac Zorea P.O.
 Box 210434, Anchorage,
 AK 99521

John Hancock, P.O.          $95,786.27
 BOX 894109, Los Angeles,
 CA 90189-4109

Lorelei Gonzales,           $21,192.50

Losada & Losada, CPAS, P.   $31,343.75
 C., 5721 N. 13th Street,
 Phoenix, AZ 85014

MetLife, E.                 $13,835.13
 Lynn Hutchings 60 E.
 Rio Salado Pkwy #610,
 Scottsdale, AZ 85251

New Central Maket, 555 W.   $7,868.67
 Northern Lights Blvd.,
 Anchorage, AK 99503

Paragon Properties, Inc.,   $7,650.00
 240 E. Tudor Road #210,
 Anchorage, AK 99503

Turnkey Housing Solutions,  $7,825.00
 107 S. West St. Suite,
 441, Alexandria,
 VA 22314


7) Legal Actions

Caleb Becker

Age Discrimination Complaint

Alaska State Commission for Human Rights

800 A Street, Suite 204, Anchorage, AK 99501-3669

Concluded

-------

Cato Spades

Age Discrimination Complaint

Alaska State Commission for Human Rights

800 A Street, Suite 204, Anchorage, AK 99501-3669

Concluded

Official Form 207            Statement of Financial Affairs for Non-Individuals

## Continuation Sheet for Official Form 207

-------

Elsie Krivenko

Age Discrimination Compliant

Alaska State Commission for Human Rights

800 A Street, Suite 204, Anchorage, AK 99501-3669

Pending

-------

Margarita Cameron

Age Discrimination Complaint

Alaska State Commission for Human Rights

800 A Street, Suite 204, Anchorage, AK 99501-3669

Pending

-------

Gary Kincaid

Age Discrimination Complaint

Alaska State Commission for Human Rights

800 A Street, Suite 204, Anchorage, AK 99501-3669

Pending

-------

28) Additional people in control of the debtor at the time of the filing of this case

Lynn C. MacMillan           13557 N.
                            Buckhorn Cholla Drive,
                            Marana, AZ 85658-4159

Jerry Cox                   8701 Geirinhas Place,
                            Anchorage, AK 99507

MacMillan Revocable Trust   c/o Perry MacMillan 983 Ca
                            rrara Court, Mesquite,
                            NV 89027

Randolf Wade MacMillan      7366 Tarsus Drive,
                            Anchorage, AK 99502

Joann MacMillan             7366 Tarsus Drive,
                            Anchorage, AK 99502

Lorelei Gonzales            6131 East Naumann,
                            Paradise Valley,

## Continuation Sheet for Official Form 207

AZ 85253

**Rick MacMillian**          13557 N.                         10%
                             Buckhorn Cholla Drive,
                             Marana, AZ 85658-4159

**Sandra Cox**               8701 Geirinhas Place,
                             Anchorage, AK 99507

Debtor Name _____Arctic Catering, Inc_____

United States Bankruptcy Court for the: __District of Arizona_____

Case number (*If known*): _____2:18-bk-13118-EPB_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/19/2018__          ✘ /s/ David Gonzales _____
             MM / DD / YYYY              Signature of individual signing on behalf of debtor

                              David Gonzales _____
                              Printed name

                              President/CEO _____
                              Position or relationship to debtor

IN RE:                                          Case No. <u>2:18-bk-13118-EPB</u>

Arctic Catering, Inc                            Chapter <u>11</u>

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Perry MacMillan 983 Carrara Court, Mesquite, NV 89027 | 20% | |
| David Gonzales 6131 East Naumann, Paradise Valley, AZ 85253 | 10% | |
| John Stull 4019 East Robin Lane, Phoenix, AZ 85050 | | |
| Todd Brown 11435 N. St Andrews Way, Scottsdale, AZ 85254 | | |
| Frederick G. MacMillan , | | |
| Lynn C. MacMillan 13557 N. Buckhorn Cholla Drive, Marana, AZ 85658-4159 | | |

# United States Bankruptcy Court

IN RE:

Arctic Catering, Inc

Case No. 2:18-bk-13118-EPB

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Jerry Cox<br>8701 Geirinhas Place, Anchorage, AK 99507 | | |
| MacMillan Revocable Trust<br>c/o Perry MacMillan 983 Carrara Court, Mesquite, NV 89027 | | |
| Randolf Wade MacMillan<br>7366 Tarsus Drive, Anchorage, AK 99502 | | |
| Joann MacMillan<br>7366 Tarsus Drive, Anchorage, AK 99502 | | |
| Lorelei Gonzales<br>6131 East Naumann, Paradise Valley, AZ 85253 | | |
| Rick MacMillian<br>13557 N. Buckhorn Cholla Drive, Marana, AZ 85658-4159 | 10% | |

**United States Bankruptcy Court**

**IN RE:**

Arcit Catering, Inc

Case No. 2:18-bk-13118-EPB

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Sandra Cox 8701 Geirinhas Place, Anchorage, AK 99507 | | |