STEVEN N. BERGER, SBA #009613
**ENGELMAN BERGER, P.C.**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012
———————
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: snb@eblawyers.com
———————

Attorneys for Equity Holders

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 Proceeding |
| ARCTIC CATERING, INC. | Case No. 2:18-bk-13118-EPB |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO:** The Clerk of the United States Bankruptcy Court, Debtor, attorneys of record and all parties-in-interest:

**PLEASE TAKE NOTICE** that Equity Holders in Arctic Catering, Inc., being A.P. MacMillan; I.E. MacMillan; MacMillan Revocable Trust c/o Frederick and Lynn MacMillan; Randolf and Joann MacMillan; Jerry and Sandra Cox; and David Gonzales (collectively, the "Equity Holders"), hereby enter their appearance through counsel, undersigned, in accordance with Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010, and 11 U.S.C. §§ 102(1) and 342, and request that all notices given or required to be given in this matter and all papers served or required to be served in this matter also be given to and served upon the following:

Steven N. Berger
**ENGELMAN BERGER, P.C.**
3636 North Central Avenue, Suite 700
**Phoenix, Arizona 85012**
snb@eblawyers.com

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint disclosure document of any kind, any conference, hearing or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile transmission, telegraph, telex or otherwise, which affect or seek to affect in any way any rights or interests of the Equity Holders.

This Notice of Appearance and Request for Service of papers shall not be deemed or construed to be a waiver of the rights of the Equity Holders: (i) to have final orders in non-core matters entered only after de novo review by a Bankruptcy Court Judge, (ii) to trial by jury in any proceeding so triable in this matter or any case, controversy, or proceeding related to this matter, (iii) to request remand of any causes of action or claims removed to the Bankruptcy Court, (iv) to have the Bankruptcy Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal, or (v) to exercise any other rights, claims, actions, setoffs, or recoupments to which they may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

**DATED** this 20th day of November, 2018.

                    **ENGELMAN BERGER, P.C.**

                    By   /s/ Steven N. Berger #009613
                         Steven N. Berger
                         3636 N. Central Avenue, Suite 700
                         Phoenix, Arizona 85012
                         Attorneys for Equity Holders

COPY of the foregoing e-mailed this
20th day of November, 2018, to:

{0005922.0001/00931537.DOCX / }

Grant L. Cartwright
Andrew A. Harnisch
**MAY POTENZA BARAN & GILLESPIE, PC**
Email: gcartwright@maypotenza.com
Email: aharnisch@maypotenza.com
*Attorneys for Debtor*

Larry L. Watson
**UNITED STATES TRUSTEE'S OFFICE**
Email: larry.watson@usdoj.gov

Carolyn J. Johnsen
**DICKINSON WRIGHT PLLC**
Email: cjjohnsen@dickinsonwright.com
*Attorneys for Liquid Capital Exchange, Inc.*

Kevin J. Blakley
**GAMMAGE & BURNHAM, P.L.C**
Email: kblakley@gblaw.com
*Attorneys for Food Services of America*

*/s/ Cynthia Nesselrode*

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

{0005922.0001/00931537.DOCX / }