

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA



FILED
NOV 21 2018

In re:

ARCTIC CATERING, INC.,

    Debtor.

Chapter 11 Proceeding

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

Case No. 2:18-bk-13118-EPB

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Scott P. Vaughn, pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

    Scott P. Vaughn
    McGuireWoods LLP
    201 North Tryon Street, Suite 3000
    Charlotte, NC 28202
    Telephone: 704.343.2066
    Fax: 704.444.8778
    Email: svaughn@mcguirewoods.com

This 20th day of November, 2018.

    /s/ Scott P. Vaughn
    Scott P. Vaughn
    N.C. State Bar No. 13741
    McGuireWoods LLP
    201 North Tryon Street, Suite 3000
    Charlotte, NC 28202
    Telephone: 704.343.2066
    E-mail: svaughn@mcguirewoods.com

109738979_2
Case 2:18-bk-13118-EPB    Doc 61    Filed 11/21/18    Entered 11/26/18 16:22:47    Desc
Main Document    Page 1 of 7

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** has been served electronically or by mailing a copy thereof, first class U.S. mail, postage prepaid to the following:

Arctic Catering, Inc
7373 East Doubletree Road Suite 135
Scottsdale, AZ 85258

Andrew A. Harnisch
May Potenza Baran & Gillespie, PC
201 N Central Ave, 22nd Fl.
Phoenix, AZ 85004

Larry L. Watson
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706

Kevin J. Blakley
Gammage & Burnham, P.L.C.
Two N. Central Ave.; 15th Floor
Phoenix, AZ 85004

U.S. Trustee
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003

Food Services of America
c/o Kevin J. Blakley
Two N. Central Ave., 15th FL
Phoenix, AZ 85004-4470

U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003-0608

Aetna
Attn: Aetna-Middletown
P.O. Box 88860
Chicago, IL 60695-1860

Grant L. Cartwright
May Potenza Baran & Gillespie, PC
201 N Central Ave, 22nd Fl.
Phoenix, AZ 85004-0608

Carolyn J. Johnsen
Dickinson Wright PLLC
1850 N. Central Avenue #1400
Phoenix, AZ 85004-4568

Food Services of America
c/o Kevin J. Blakley
Two N. Central Ave., 15th FL
Phoenix, AZ 85004

Liquid Capital Exchange, Inc.
c/o Dickinson Wright PLLC
1850 N. Central Avenue, Suite 1400
Phoenix, AZ 85003

AZ Department of Revenue
Bankruptcy & Litigation
1600 W. Monroe, 7th Fl.
Phoenix, AZ 85007-2650

Liquid Capital Exchange, Inc.
c/o Dickinson Wright PLLC
1850 N. Central Avenue, Suite 1400
Phoenix, AZ 85004-4568

Arizona Department of Revenue
Attention BK Payment Unit
c/o 2005 N Central Ave, Suite 100
Phoenix, AZ 85004-1546

Acme Paper & Supply Co.
8229 Sandy Court
P.O.Box 422
Savage, MD 20763-0422

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

Alaska Business Publishing Co.
501 W Northern Lights BLVD #100
Anchorage, AK 99503-2577

Alaska Dispatch News
P.O. Box 149001
Anchorage, AK 995149001

Alaska Northern Courier LLC
PMB 20 1
1120 Huffman Rd #24
Anchorage, AK 99515-3516

Alaska Restaurant Supply
2511 Eagle Street
Anchorage, AK 99503-2815

Alaska's Best Water & Coffee
11811 S Gambell Street
Anchorage, AK 99515-3446

Alsco
4111 Pleasantdale Road
Doraville, GA 30340-3520

Arctic Edge Services
13301 Messinia St
Anchorage, AK 99516-3810

BWC State Insurance Fund
Ohio Bureau of Workers' Compensatio
P.O. Box 89492
Cleveland, OH 44101-6492

Alaska Provisions/Boar's Head
801 E. 82nd Avenue Unit B-11
Anchorage, AK 99518-3175

COMCAST Business
PO Box 3001
Southeastern, PA 19398-3001

Air Liquide America L.P.
6415 Arctic Blvd.
Anchorage, AK 99518-1533

Alaska Communications Systems
P.O. Box 196666
Anchorage, AK 99519-6666

Alaska Enterprise Solutions
557 E Fireweed Ln
Anchorage, AK 99503-2234

Brian Boyd
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK 99501-3340

Alaska Textiles
620 West Fireweed Lane
Anchorage, AK 995032506

Alliance Bank CC
PO Box 31021
Tampa, FL 33631-3021

Alsco - Alexandria
725 S Picket St
Alexandria, VA 22304-4603

BDO
PO Box 677973
Dallas, TX 75267-7973

Beacon OHSS
Lb#631101
P.O. Box 3852
Seattle, WA 981243852

Brooks Range Supply, Inc.
P.O. Box 243445
Anchorage, AK 995243445

CT Corporation
P.O. Box 4349
Carol Stream, IL 601974349

Canada Dry
5330 Port Royal Rd
Springfield, VA 22151-2105

Charlie's Produce
PO Box 24606
Seattle, WA 98124-0606

City of Alexandria
Finance Department
Revenue Administration Division
Alexandria, VA 22334-0842

Colonial Life
Processing Center
P.O. Box 1365
Columbia, SC 29202-1365

Cortex Business Solutions USA, LLC
PO BOX 675035
Dallas, TX 75267-5035

Cox Business
PO Box 53249
Phoenix, AZ 85072-3249

Com Quest
8050 Resurrection Drive
Anchorage, AK 99504-4731

Fairchild Freight LLC
5323 N. 99th Avenue, Suite# 155
Glendale, AZ 85305-2211

Food Services of America
P.O. Box 196073
Anchorage, AK 99519-6073

Georgia Department of Revenue
Processing Center
PO Box 740317
Atlanta, GA 30374-0317

Frontier Paper WCP
P.O. Box 84145
Seattle, WA 98124-5445

Carlile Transport
PO Box 84048
Seattle, WA 98124-8448

Chugach Electric Assoc.
P.O. Box 196300
Anchorage, AK 995196300

Coca-Cola Bottling of Alaska, LLC
A Division of the Odom Corporation
PO Box 84643
Seattle, WA 98124-5943

Economy Linen and Towel Service, Inc
80 Mead Street
Cincinnati Branch
Dayton, OH 45402-2303

Country Foods
140 S Willow Street
Kenai, AK 99611-7775

Dickinson Wright PLLC
1850 North Central Avenue Suite 1400
Phoenix, AZ 85004-4568

Enstar Natural Gas Company
P.O. Box 34760
Seattle, WA 98124-1760

FedEx
P.O. Box 94515
Palatine, IL 60094-4515

Food Services of America - Loveland
5820 Piper Drive
Loveland, CO 80538-8803

Grainger
Dept. 007-850915315
P.O. Box 419267
Kansas City, MO 64141-6267

Gordon Food Service
PO BOX 88029
Chicago, IL 60680-1029

IGOE Administrative Services
PO Box 501480
San Diego, CA 92150-1480

Jermain Dunnagan & Owens, P.C.
3000 A Street Suite 300
Anchorage, AK 99503-4040

Julie Rystad, Senior Finance Counsel
One East Washington Street, Suite 1400
Phoenix, AZ 85004-2559

Keany Produce
3310 75th Ave
Landover, MD 20785-1501

Kuukpik Corporation
582 E 36th Avenue
Anchorage, AK 99503-4169

LGC Associates, LLC - Cincinnati Affliate
PO BOX 823461
Philadelphia, PA 19182-3461

Levinology Labs, LLC
601 W 5th Ave 2nd Floor
Anchorage, AK 99501-6301

Medical Management Inc
P.O. Box 210682
Anchorage, AK 99521-0682

Municipality of Anchorage
P.O. Box 196650
Anchorage, AK 99519-6650

Premera Blue Cross Blue Shield Of Alaska
P.O. Box 91060
Attention: Payment Processing
Seattle, WA 98111-9160

Northern Oilfield Services
420 L Street, Suite 101
Anchorage, AK 99501-1976

Horizon Business Services, Inc.
PO Box 7459
Naples, FL 34101-7459

Iron Mountain
PO BOX 601002
Pasadena, CA 91189-0002

Joshen Paper
5800 Grant Avenue
Cuyahoga Heights, OH 44105-5636

Kaladi Brothers Coffee LLC
6921 Brayton Drive , Suite 201
Anchorage, AK 99507-5601

Kress Employment Screening
320 Westcott Street, Suite 108
Houston, TX 77007-7027

Kuukpik Corporation
582 East 36th Avenue, Suite 600
Anchorage, AK 99503-4169

Lynden Transport
PO BOX 34026
Seattle, WA 98124-1026

Marsh & McLennan Agency, LLC
13063 Collection Center Drive
Chicago, IL 60693-0130

Michelle Nicole Collins
HC02 Box 132
Gakona, AK 99586

North Slope Borough
PO Box 69
1274 Agvik St
Barrow, AK 99723-0069

One2Connect
885 Woodstock Rd Suite 430-148
Roswell, GA 30075-2277

PIP Printing
833 E. 4th Avenue
Anchorage, AK 99501-2711

Paragon Properties, Inc.
240 E. Tudor Road #210
Anchorage, AK 99503-7244

Pepsi Bottling Group
75 Remittance Drive Suite 1884
Chicago, IL 60675-1884

Petroleum Newspapers Of Alaska
P.O. Box 231647
Anchorage, AK 99523-1647

Rexus Corporation
PO Box 25290
Charlotte, NC 28229-5290

Roberts Oxygen
17011 Railroad St
Gaithersburg, MD 20877-4230

Shred Alaska
801 E 82nd Ave
Anchorage, AK 99518-3157

Stallion Rockies, Ltd.
P.O. Box 842364
Dallas, TX 75284-2364

Staples
Attn: Adrienne Chavis
7 Technology Circle
Columbia SC 29203-9591

Tangerine Promotions
PO Box 748024
Cincinnati, OH 45274-8024

The Ultimate Software Group
PO Box 930953
Atlanta, GA 31193-0953

Pacific Office Automation
PO BOX 41602
Philadelphia, PA 19101-1602

Pepsi Beverages Company
75 Remittance Dr, Suite 1884
Chicago, IL 60675-1884

Personnel Plus
20 South Central Avenue
Baltimore, MD 21202-4636

Plan Source
PO Box 1313
Orlando, FL 32802-1313

Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874

Rick MacMillan
13557 N. Buckhorn Cholla Drive
Marana, AZ 85658-4159

Sagaya Wholesale
1101 E. Whitney Road
Anchorage, AK 99501-1631

Sockeye
808 E Street, Suite 100
Anchorage, AK 99501-3578

Staples Business Advantage
PO Box 660409
Dallas, TX 75266-0409

TGI Freight
P.O. Box 221049
Anchorage,, AK 99522-1049

The Odom Coporation
P.O. Box 84643
Seattle, WA 98124-5943

Treasury Division, City of Alexandria
PO BOX 34901
Alexandria, VA 22334-0901

V.F. Grace, Inc.
P.O. Box 200728
Anchorage, AK 995200728

Veritiv Operating Company
P.O. Box 57006
Los Angeles, CA 90074-7006

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108

Wonderbuild.com
PO Box 160070
Big Sky, MT 59716-0070

Womble Bond Dickinson
PO Box 601879
Charlotte, NC 28260-1879

WorkSaver Employee Testing Systems LLC
478 Corporate Drive
Houma, LA 70360-2461

Virginia Department of Taxation
P O Box 2156
Richmond VA 23218-2156

Virginia Department of Taxation
P.O. Box 26627
Richmond, VA 23261-6627

This __20th__ day of November, 2018.

_____
Scott P. Vaughn