Michael R. King #005903
Kevin J. Blakley #010777
**GAMMAGE & BURNHAM, P.L.C.**
TWO NORTH CENTRAL AVENUE
15TH FLOOR
PHOENIX, AZ 85004
TELEPHONE (602) 256-0566
FACSIMILE (602) 256-4475
EMAIL: KBLAKLEY@GBLAW.COM

*Attorneys for Food Services of America, Inc.*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ARCTIC CATERING, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:18-bk-13118-EPB<br><br>**NOTICE OF HEARING ON FOOD SERVICES OF AMERICA'S APPLICATION FOR ALLOWANCE AND PAYMENT OF CLAIM FOR ADMINISTRATIVE EXPENSES**<br><br>(Docket No. 57)<br><br>Date: December 20, 2018<br>Time: 10:00 a.m.<br>Place: 230 North First Avenue, Courtroom 703<br>Phoenix, Arizona |

NOTICE IS HEREBY GIVEN that a hearing on Food Services of America, Inc.'s Application for Allowance of Claim for Chapter 11 Administrative Expenses (the "Application") will be held before the Honorable Eddward P. Ballinger, Jr., United States Bankruptcy Judge, at the United States Bankruptcy Court, 230 North First Avenue, Courtroom 703, Phoenix, Arizona, on December 20, 2018 at 10:00 a.m. Food Services of America, Inc. seeks the allowance of an administrative priority claim of $91,729.10 pursuant to 11 U.S.C. §

503(b)(9) for the amount owed for goods it sold to the Debtor between October 8, 2018 and October 22, 2018, all within 20 days prior to the October 25, 2018 petition date.

Any objection or opposition to the Application must be filed with the court no later than 14 days from the date of service of this notice and a copy served on the Applicant's counsel at the address set forth below. The court may court may vacate the hearing and grant the requested relief if no timely objection is served and filed.

DATED this 28th day of November, 2018.

GAMMAGE & BURNHAM, P.L.C.

By /s/Kevin J. Blakley
Michael R. King
Kevin J. Blakley
*Attorneys for Food Services of America, Inc.*

E-FILED this 28th day of November, 2018.

/Elizabeth Guerrero