Grant L. Cartwright, Esq. (AZ Bar No. 030780)
Andrew A. Harnisch, Esq. (AZ Bar No. 024957)
**MAY, POTENZA, BARAN & GILLESPIE, P.C.**
201 N. Central Avenue, Suite 2200
Phoenix, AZ 85004-0608
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
E-mail: gcartwright@maypotenza.com
aharnisch@maypotenza.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ARCTIC CATERING, INC.<br><br>Debtors. | Chapter 11 Proceedings<br><br>Case No. 2:18-bk-13118-EPB<br><br>**NOTICE OF HEARING**<br><br>**Hearing Date: December 5, 2018**<br>**Hearing Time: 10:00 a.m.**<br>**Courtroom: 703**<br>**Location: 230 N 1st Ave, Phoenix, AZ 85003** |

**NOTICE IS HEREBY GIVEN** that a Hearing will be held on December 5, 2018 at 10:00 a.m., Courtroom 703, U.S. Bankruptcy Court, 230 N 1st Ave, Phoenix, AZ 85003 (the "Hearing") to consider Debtor's *Emergency Motion for Order Approving Post-Petition Factoring Agreement Pursuant to 11 U.S.C. §§ 363 AND 364* (DE 72).

Pleadings are available for review at the Clerk's office, U.S. Bankruptcy Court, Tucson Division, 230 N 1st Ave, Phoenix, AZ 85003 and/or may be inspected by any party in interest by accessing the United States Bankruptcy Court for the District of Arizona Document Filing System at http://ecf.azb.uscourts.gov or a copy may be obtained by request from May, Potenza, Baran & Gillespie, P.C. from the information appearing upon this pleading.

RESPECTFULLY SUBMITTED this 30th day of November, 2018.

**MAY, POTENZA, BARAN & GILLESPIE, P,C.**

By *s/ Andrew A. Harnisch*
Grant L. Cartwright
Andrew A. Harnisch
*Counsel for Debtor*

| | |
|---|---|
| 1 | COPY of the foregoing mailed or emailed* on November 30, 2018, to: |
| 2 | |
| 3 | Carolyn J. Johnsen* |
| | DICKINSON WRIGHT PLLC |
| 4 | 1850 N. Central Avenue, Suite 1400 |
| | Phoenix, AZ 85004 |
| 5 | cjjohnsen@dickinsonwright.com |
| 6 | *Attorneys for Liquid Capital Exchange, Inc.* |
| 7 | Gammage & Burnham P.L.C. |
| 8 | Attention: Michael R. King* |
| | Two North Central Avenue, 15th Floor |
| 9 | Phoenix, Arizona 85004 |
| | mking@gblaw.com |
| 10 | kblakley@gblaw.com |
| 11 | *Attorneys for Food Services of America, Inc.* |
| 12 | Larry Watson* |
| 13 | Office of the U.S. Trustee |
| | 230 North First Avenue, Suite 204 |
| 14 | Phoenix, Arizona 85003 |
| | Larry.Watson@usdoj.gov |
| 15 | |
| 16 | Steven N. Berger |
| | ENGELMAN BERGER, P.C. |
| 17 | 3636 North Central Avenue, Suite 700 |
| | Phoenix, Arizona 85012 |
| 18 | snb@eblawyers.com |
| | *Attorneys for Equity Holders* |
| 19 | |
| 20 | Scott P. Vaughn |
| | McGuire Woods LLP |
| 21 | 201 N. Tryon Street, Suite 3000 |
| | Charlotte, NC 28202 |
| 22 | svaughn@mcguirewoods.com |
| 23 | Carl Doré, Jr. |
| | Doré Law Group, P.C. |
| 24 | 17171 Park Row, Suite 160 |
| | Houston, Texas 77084 |
| 25 | carl@dorelawgroup.net |
| | *Attorneys for Stallion Rockies, Ltd.* |
| 26 | |
| 27 | Steven D. Jerome |
| | Emily Gildar Wagner |
| 28 | One Arizona Center |
| | 400 E. Van Buren St., Ste. 1900 |
| | Phoenix, AZ 85004-2202 |

sjerome@swlaw.com
ewagner@swlaw.com
*Attorneys for Triple B Corporation,*
*d/b/a Charlie's Produce*

Twenty Largest Unsecured Creditors

By: /s/*Elizabeth Luna*