Michael R. King #005903
Kevin J. Blakley #010777
**GAMMAGE & BURNHAM, P.L.C.**
Two North Central Avenue
15th Floor
Phoenix, AZ 85004
Telephone (602) 256-0566
Facsimile (602) 256-4475
Email: kblakley@gblaw.com

*Attorneys for Food Services of America, Inc.*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ARCTIC CATERING, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:18-bk-13118-EPB<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON FOOD SERVICES OF AMERICA'S APPLICATION FOR ALLOWANCE AND PAYMENT OF CLAIM FOR ADMINISTRATIVE EXPENSES**<br><br>(Docket No. 57)<br><br>Date: December 20, 2018<br>Time: 10:00 a.m.<br>Place: 230 North First Avenue,<br>Courtroom 703<br>Phoenix, Arizona |

I, Kevin J. Blakley, Gammage & Burnham, PLC, hereby certifiy that I caused copies of the Notice of Hearing on Food Services of America's Application for Allowance and Payment of Claim for Administrative Expenses (the "Notice of Hearing") [Doc 69] to be mailed by first class mail on November 30, 2018, to the addresses listed in **Exhibit A**.

I further caused copies of the Notice of Hearing to be sent on December 3, 2018 via email to the following:

Carl Dore (carl@dorelawgroup.net);

Scott P. Vaughn (svaughn@mcguirewoods.com);
Elizabeth Luna (ELuna@maypotenza.com)
Ultimate Software (accountsreceivable@ultimatesoftware.com);
Andrew Harnisch (AHarnisch@maypotenza.com);
Beacon OHSS (msprinkle@beaconhss.com);
Brian Boyd (BCBoyd@bcfaklaw.com);
Bvergason@hotmail.com;
Carolyn J. Johnsen (cjjohnsen@dickinsonwright.com);
Charlie's Produce (OliverE@charliesproduce.com);
Com Quest (Charlene4300@outlook.com);
gary@cfgak.com;
Gordon Food Service (timbrown@gfs.com);
Grant Cartwright (GCartwright@maypotenza.com);
izorea@gmail.com;
Jason Fairchild (jason.fairchild@fairchildfreight.com);
Jermain Dunnagan & Owens, P.C. (mgatti@jdolaw.com);
jhawkins@dickinsonwright.com;
Jim Hasle (jhasle@bdo.com);
Judd McBride (jmcbride@sofs.cc);
Julie Rystad (JRystad@westernalliancebank.com);
Katherine Sanchez (ksanchez@dickinsonwright.com);
Lanston Chinn (lchinn@kuukpik.com);
Lee Clark (Lee_Clark@fsafood.com);
Mark Rothberg (mrotberg@sofs.cc);
nichelle_atkinson@vfgrace.com;
psabori@dickensonwright.com;
Robert J. Ryan, Deputy General Counsel (rryan@sofs.cc);
Service@ColonialLife.com;
Tammy Kemp (tkemp@liquidcapitalcorp.com);
Terry.Denardo@veritivcorp.com;
Theresa Smaith-Ross - Colonial Life (tsmithrossnwbilling@coloniallife.com);
tonyacrain@acsalaska.com;
tvega@sofs.cc;
Watson, Larry (USTP) (Larry.Watson@UST.DOJ.GOV)

DATED this 4th day of December, 2018.

GAMMAGE & BURNHAM, P.L.C.

By /s/ Kevin J. Blakley
Kevin J. Blakley
*Attorneys for Food Services of America, Inc.*

E-FILED this 4th day of December, 2018.

/Elizabeth Guerrero

# *EXHIBIT A*

Label Matrix for local noticing
0970-2
Case 2:18-bk-13118-EPB
District of Arizona
Phoenix
Thu Nov 29 14:41:58 MST 2018

A.P. MacMillan; I.E. MacMillan; MacMillan Re
Engelman Berger, P.C.
c/o Steven Berger
3636 N. Central Avenue, Suite 700
Phoenix, AZ 85012-1936

AZ DEPARTMENT OF REVENUE
BANKRUPTCY & LITIGATION
1600 W. MONROE, 7TH FL.
PHOENIX, AZ 85007-2650

Arctic Catering, Inc
7373 EAST DOUBLETREE ROAD SUITE 135
SCOTTSDALE, AZ 85258

Food Services of America
c/o Kevin J. Blakley
Two N. Central Ave., 15th FL
Phoenix, AZ 85004-4470

Liquid Capital Exchange, Inc.
c/o Dickinson Wright PLLC
1850 N. Central Avenue
Suite 1400
Phoenix, AZ 85004-4568

Stallion Rockies, Ltd.
c/o Carl Dore, Jr.
Dore Law Group, P.C.
17171 Park Row, Suite 160
Houston, TX 77084-4927

U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003-0608

ARIZONA DEPARTMENT OF REVENUE
ATTENTION BK PAYMENT UNIT
c/o 2005 N CENTRAL AVE, SUITE 100
PHOENIX, AZ 85004-1546

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

Acme Paper & Supply Co.
8229 Sandy Court
P.O.Box 422
Savage, MD 20763-0422

Aetna
Attn: Aetna-Middletown
P.O. Box 88860
Chicago, IL 60695-1860

Air Liquide America L.P.
6415 Arctic Blvd.
Anchorage, AK 99518-1533

Alaska Business Publishing Co.
501 W Northern Lights BLVD #100
Anchorage, AK 99503-2577

Alaska Communications Systems
P.O. Box 196666
Anchorage, AK 99519-6666

Alaska Dispatch News
P.O. Box 149001
Anchorage, AK 995149001

Alaska Enterprise Solutions
557 E Fireweed Ln
Anchorage, AK 99503-2234

Alaska Northern Courier LLC
PMB 201
1120 Huffman Rd #24
Anchorage, AK 99515-3516

Alaska Provisions/Boar's Head
801 E. 82nd Avenue Unit B-11
Anchorage, AK 99518-3175

Alaska Restaurant Supply
2511 Eagle Street
Anchorage, AK 99503-2815

Alaska Textiles
620 West Fireweed Lane
Anchorage, AK 995032506

Alaska's Best Water & Coffee
11811 S Gambell Street
Anchorage, AK 99515-3446

Alliance Bank CC
PO Box 31021
Tampa, FL 33631-3021

Alsco
4111 Pleasantdale Road
Doraville, GA 30340-3520

Alsco - Alexandria
725 S Picket St
Alexandria, VA 22304-4603

Arctic Edge Services
13301 Messinia St
Anchorage, AK 99516-3810

BDO
PO BOX 677973
Dallas, TX 75267-7973

BWC State Insurance Fund
Ohio Bureau of Workers' Compensatio
P.O. Box 89492
Cleveland, OH 44101-6492

Beacon OHSS
Lb#631101
P.O. Box 3852
Seattle, WA 981243852

Brian Boyd
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK 99501-3340

| | | |
|---|---|---|
| Brooks Range Supply, Inc.<br>P.O. Box 243445<br>Anchorage, AK 995243445 | COMCAST Business<br>PO Box 3001<br>Southeastern, PA 19398-3001 | CT Corporation<br>P.O. Box 4349<br>Carol Stream, IL 601974349 |
| Canada Dry<br>5330 Port Royal Rd<br>Springfield, VA 22151-2105 | Carlile Transport<br>PO Box 84048<br>Seattle, WA 98124-8448 | Charlie's Produce<br>PO Box 24606<br>Seattle, WA 98124-0606 |
| Chugach Electric Assoc.<br>P.O. Box 196300<br>Anchorage, AK 995196300 | City of Alexandria<br>Finance Department<br>Revenue Administration Division<br>Alexandria, VA 22334-0842 | Coca-Cola Bottling of Alaska, LLC<br>A Division of the Odom Corporation<br>PO Box 84643<br>Seattle, WA 98124-5943 |
| Colonial Life<br>Processing Center<br>P.O. Box 1365<br>Columbia, SC 29202-1365 | Com Quest<br>8050 Resurrection Drive<br>Anchorage, AK 99504-4731 | Cortex Business Solutions USA, LLC<br>PO BOX 675035<br>Dallas, TX 75267-5035 |
| Country Foods Grocery, Inc.<br>140 S Willow Street STE A<br>Kenai, AK 99611 | Cox Business<br>PO Box 53249<br>Phoenix, AZ 85072-3249 | Dickinson Wright PLLC<br>1850 North Central Avenue Suite 1400<br>Phoenix, AZ 85004-4568 |
| Economy Linen and Towel Service, Inc<br>80 Mead Street<br>Cincinnati Branch<br>Dayton, OH 45402-2303 | Enstar Natural Gas Company<br>P.O. Box 34760<br>Seattle, WA 98124-1760 | Fairchild Freight LLC<br>5323 N. 99th Avenue<br>Suite# 155<br>Glendale, AZ 85305-2211 |
| FedEx<br>P.O. Box 94515<br>Palatine, IL 60094-4515 | Food Services of America<br>P.O. Box 196073<br>Anchorage, AK 99519-6073 | Food Services of America - Loveland<br>5820 Piper Drive<br>Loveland, CO 80538-8803 |
| Food Services of America, Inc.<br>c/o Kevin J. Blakley<br>Two N. Central Ave., 15th FL<br>Phoenix, Arizona 85004-4470 | Frontier Paper WCP<br>P.O. Box 84145<br>Seattle, WA 98124-5445 | Georgia Deparment of Revenue<br>Processing Center<br>PO Box 740317<br>Atlanta, GA 30374-0317 |
| Gordon Food Service<br>PO BOX 88029<br>Chicago, IL 60680-1029 | Grainger<br>Dept. 007-850915315<br>P.O. Box 419267<br>Kansas City, MO 64141-6267 | Horizon Business Services, Inc.<br>PO Box 7459<br>Naples, FL 34101-7459 |
| IGOE Administrative Services<br>PO Box 501480<br>San Diego, CA 92150-1480 | Iron Mountain<br>PO BOX 601002<br>PASADENA, CA 91189-0002 | Jermain Dunnagan & Owens, P.C.<br>3000 A Street Suite 300<br>Anchorage, AK 99503-4040 |

| | | |
|---|---|---|
| Joshen Paper<br>5800 Grant Avenue<br>Cuyahoga Heights, OH 44105-5636 | Julie Rystad, Senior Finance Counsel<br>One East Washington Street<br>Suite 1400<br>Phoenix, AZ 85004-2559 | Kaladi Brothers Coffee LLC<br>6921 Brayton Drive , Suite 201<br>Anchorage, AK 99507-5601 |
| Keany Produce<br>3310 75th Ave<br>Landover, MD 20785-1501 | Kress Employment Screening<br>320 Westcott Street<br>Suite 108<br>Houston, TX 77007-7027 | Kuukpik Corporation<br>582 E 36th Avenue<br>Anchorage, AK 99503-4169 |
| Kuukpik Corporation<br>582 East 36th Avenue<br>Suite 600<br>Anchorage, AK 99503-4169 | LGC Associates, LLC - Cincinnati Affliate<br>PO BOX 823461<br>Philadelphia, PA 19182-3461 | Larry Watson, Trial Attorney - Office of the<br>230 North First Avenue<br>Suite 204<br>Phoenix 85003-1725 |
| Levinology Labs, LLC<br>601 W 5th Ave 2nd Floor<br>Anchorage, AK 99501-6301 | Liquid Capital Exchange , Inc.<br>c/o Dickinson Wright<br>1850 N. Central Avenue, Suite 1400<br>Phoenix, AZ 85004-4568 | Lynden Transport<br>PO BOX 34026<br>Seattle, WA 98124-1026 |
| Marsh & McLennan Agency, LLC<br>13063 Collection Center Drive<br>Chicago, IL 60693-0130 | Medical Management Inc<br>P.O. Box 210682<br>Anchorage, AK 99521-0682 | Michelle Nicole Collins<br>HC02 Box 132<br>Gakona, AK 99586 |
| Municipality of Anchorage<br>P.O. Box 196650<br>Anchorage, AK 99519-6650 | North Slope Borough<br>PO Box 69<br>1274 Agvik St<br>Barrow, AK 99723-0069 | Northern Oilfield Services<br>420 L Street<br>Suite 101<br>Anchorage, AK 99501-1976 |
| One2Connect<br>885 Woodstock Rd Suite 430-148<br>Roswell, GA 30075-2277 | PIP Printing<br>833 E. 4th Avenue<br>Anchorage, AK 99501-2711 | Pacific Office Automation<br>PO BOX 41602<br>Philadelphia, PA 19101-1602 |
| Paragon Properties, Inc.<br>240 E. Tudor Road #210<br>Anchorage, AK 99503-7244 | Pepsi Beverages Company<br>75 Remittance Dr<br>Suite 1884<br>Chicago, IL 60675-1884 | Pepsi Bottling Group<br>75 Remittance Drive Suite 1884<br>Chicago, IL 60675-1884 |
| Personnel Plus<br>20 South Central Avenue<br>Baltimore, MD 21202-4636 | Petroleum Newspapers Of Alaska<br>P.O. Box 231647<br>Anchorage, AK 99523-1647 | Plan Source<br>PO Box 1313<br>Orlando, FL 32802-1313 |
| Premera Blue Cross Blue Shield Of Alaska<br>P.O. Box 91060<br>ATTENTION: PAYMENT PROCESSING<br>Seattle, WA 98111-9160 | Purchase Power<br>P.O. Box 371874<br>Pittsburgh, PA 15250-7874 | Rexus Corporation<br>PO Box 25290<br>Charlotte, NC 28229-5290 |

Rick MacMillan
13557 N. Buckhorn Cholla Drive
Marana, AZ 85658-4159

Roberts Oxygen
17011 Railroad St
Gaithersburg, MD 20877-4230

SCOTT P VAUGHN
MCGUIRE WOODS LLP
201 NORTH TRYON STREET, SUITE 3000
CHARLOTTE, NC 28202-2179

Sagaya Wholesale
1101 E. Whitney Road
Anchorage, AK 99501-1631

Shred Alaska
801 E 82nd Ave
Anchorage, AK 99518-3157

Sockeye
808 E Street
Suite 100
Anchorage, AK 99501-3578

Stallion Rockies, Ltd.
P.O. Box 842364
Dallas, TX 75284-2364

Staples
Attn: Adrienne Chavis
7 Technology Circle
Columbia SC 29203-9591

Staples Business Advantage
PO Box 660409
Dallas, TX 75266-0409

TGI Freight
P.O. Box 221049
Anchorage,, AK 99522-1049

Tangerine Promotions
PO Box 748024
Cincinnati, OH 45274-8024

The Odom Coporation
P.O. Box 84643
Seattle, WA 98124-5943

The Ultimate Software Group
PO Box 930953
Atlanta, GA 31193-0953

Treasury Division, City of Alexandria
PO BOX 34901
Alexandria, VA 22334-0901

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003-1725

V.F. Grace, Inc.
P.O. Box 200728
Anchorage, AK 995200728

Veritiv Operating Company
P.O. Box 57006
Los Angeles, CA 90074-7006

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108

(p)VIRGINIA DEPARTMENT OF TAXATION
P O BOX 2156
RICHMOND VA 23218-2156

Virginia Department of Taxation
P.O. Box 26627
Richmond, VA 23261-6627

Womble Bond Dickinson
PO BOX 601879
Charlotte, NC 28260-1879

Wonderbuild.com
PO Box 160070
Big Sky, MT 59716-0070

WorkSaver Employee Testing Systems LLC
478 Corporate Drive
Houma, LA 70360-2461

ANDREW A. HARNISCH
MAY POTENZA BARAN & GILLESPIE, PC
201 N CENTRAL AVE, 22ND FL.
PHOENIX, AZ 85004-0608

Grant L. Cartwright
MAY POTENZA BARAN & GILLESPIE, PC
201 N CENTRAL AVE, 22ND FL.
Phoenix, AZ 85004-0608

SCOTT P VAUHGN
MCGUIRE WOODS LLP
201 NORTH TRYON STREET, SUITE 3000
CHARLOTTE, NC 28202-2179

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Virginia Department of Taxation
P.O. Box 1777
Richmond, VA 23218-1777

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Triple B Corporation, d/b/a Charlie's P     (u)Bank of America                     (d)Liquid Capital Exchange, Inc.
                                                                                       c/o Dickinson Wright PLLC
                                                                                       1850 N. Central Ave., Ste. 1400
                                                                                       Phoenix, AZ 85004-4568


(u)Stallion Rockies, Ltd.                      End of Label Matrix
                                                Mailable recipients   115
                                                Bypassed recipients     4
                                                Total                 119