Grant L. Cartwright, Esq. (AZ Bar No. 030780)
Andrew A. Harnisch, Esq. (AZ Bar No. 014957
**MAY, POTENZA, BARAN & GILLESPIE, P.C.**
201 N. Central Avenue, Suite 2200
Phoenix, AZ  85004-0608
Telephone:   (602) 252-1900
Facsimile:    (602) 252-1114
E-mail:        gcartwright@maypotenza.com
                   aharnisch@maypotenza.com
*Proposed Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

ARCTIC CATERING, INC.

Debtor.

Chapter 11 Proceedings

Case No. 2:18-bk-13118-EPB

**NOTICE OF LODGING ORDER SETTING AND NOTICE OF:**

**DATES FOR FILING PROOFS OF CLAIM**

**NOTICE IS HEREBY GIVEN**, pursuant to Local Bankruptcy Rule 9022-1(b), that Counsel for Arctic Catering, Inc. ("**Debtor**"), has lodged with the Court its form of Order Setting and Notice of: Dates for Filing Proofs of Claim. The form of Order is attached hereto as Exhibit "A" and incorporated herein by this reference.

Respectfully submitted,
**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By /s/ Grant L. Cartwright            #030780
     Grant L. Cartwright
     Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceedings |
|---|---|
| ARCTIC CATERING, INC., | Case No. 2:18-bk-13118-EPB |
| Debtor(s). | **ORDER SETTING AND NOTICE OF:** |
| | **DATES FOR FILING PROOFS OF CLAIM** |

**TO:    ALL CREDITORS AND OTHER PARTIES IN INTEREST:**

Upon consideration of Arctic Catering, Inc. (the "**Debtor**") request that the Court set a deadline for creditors to assert claims against the Debtor or the estate, the Court finding that a claims bar date will speed the administration of the Debtor's bankruptcy case, and other good cause appearing;

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1.    <u>**PROOF OF CLAIM BAR DATE:**</u>    The Court has set _____, **as the deadline for non-governmental creditors to file proof of claims** if they desire to share in any distribution in this bankruptcy case. The deadline for governmental units to file proof of claims, other than for claims resulting from a tax return filed under 11 U.S.C. §1308, is the later of the above noted bar date or 180 days after the order for relief. The deadline for governmental units to file proof of claims resulting from a tax return filed under 11 U.S.C. §1308, is the later of the above noted bar

1

date, 180 days after the order for relief, April 23, 2019, or 60 days after the filing of the tax return.

   **2.    HOW TO PREPARE AND FILE A PROOF OF CLAIM:** Information regarding how to file a proof of claim, and file a proof of claim form (Bankruptcy Form B 410), can be found on the Court's website at http://www.azb.uscourts.gov/proof-claim-form-and-instructions. To be timely filed, the proof of claim **must be <u>received</u> by the Clerk of Court**, (230 N. First Ave., Suite 101, Phoenix, Arizona 85003 – or – 38 S. Scott Ave., Suite 100, Tucson, Arizona 85701), on or before the deadline set by the Court.

   **3.    CREDITORS NEEDING TO FILE CLAIMS:** The Debtor has filed with the Court its schedules of assets and liabilities ("**Schedules**"). The Schedules contain lists of creditors, the Debtor's statement as to the type and amount of each of their claims, and whether the Debtor believes each claim is disputed, contingent or unliquidated.

   **A.    Unscheduled Creditors:** Any creditor whose claim is not listed in the Schedules **must file a proof of claim** to share in any distribution in this case.

   **B.    Scheduled Creditors listed as disputed, contingent or unliquidated:** Any creditor whose claim is listed in the Schedules as disputed, contingent or unliquidated **must file a proof of claim** or its claim will be disallowed.

   **C.    Other Scheduled Creditors:** Any creditor holding a claim that is listed in the Schedules that is <u>not</u> listed as disputed, contingent or unliquidated, but in an amount with which the creditor disagrees **must file a proof of claim** to share in any distribution in this case. Failure to file a proof of claim will be deemed the creditor's consent to the Debtor's statement as to the type and amount of the claim.

   **4.    SERVICE OF THIS ORDER:** The Debtor shall (i) serve a copy of this Order **on all creditors and interested parties** not later than seven (7) days after entry and (ii) file an affidavit of service within seven (7) days of such service.

                                          **DATED AND SIGNED ABOVE.**