# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ARCTIC CATERING, INC.,<br><br>Debtor(s). | Chapter 11 Proceedings<br><br>Case No. 2:18-bk-13118-EPB<br><br>**ORDER SETTING AND NOTICE OF:**<br><br>**BAR DATE FOR FILING TRUST CLAIMS UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT AND THE PACKERS AND STOCKYARDS ACT – JANUARY 4, 2019** |

**TO:   ALL CREDITORS AND OTHER PARTIES IN INTEREST:**

Upon consideration of Arctic Catering, Inc. (the "**Debtor**") request that the Court set a deadline for creditors to assert claims against the Debtor under the Perishable Agricultural Commodities Act ("**PACA**") and/or the Packers and Stockyards Act ("**PASA**"), the Court finding that a bar date will speed the administration of the Debtor's bankruptcy case, and other good cause appearing;

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1. **BAR DATE FOR PACA/PASA CLAIMS:** The Court has set **January 4, 2019, as the deadline for creditors to submit** trust claims against the Debtor's assets under PACA/PASA ("**PACA/PASA Claims**").

2. **HOW TO FILE A CLAIM:** Parties asserting PACA/PASA claims should

1

file on the docket a calculation of their claims(s), together with documentation establishing entitlement to treatment as a trust claim under PACA/PASA. Such claims shall also be served on Debtor's counsel at:

>Grant L. Cartwright
>Andrew A. Harnisch
>May, Potenza, Baran & Gillespie, P.C.
>201 N. Central Avenue, 22nd Floor
>Phoenix, Arizona 85004
>gcartwright@maypotenza.com
>aharnisch@maypotenza.com

**3.** To be timely filed, **the PACA/PASA Claims must be electronically filed on the docket** on or before the deadline set by the Court.

**4.** **SERVICE OF THIS ORDER:** The Debtor shall (i) serve a copy of this Order **on all creditors and interested parties** not later than one (1) business after entry and (ii) file an affidavit of service within seven (7) days of such service.

**DATED AND SIGNED ABOVE.**