DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 EAST BROADWAY BLVD., SUITE 200
TUCSON, AZ 85716-5300
Tel: (520) 322-5000
Fax: (520) 322-5585

Jody A. Corrales (AZ # 024869)
jcorrales@dmyl.com
Attorneys for *PJK Food Service, LLC d/b/a Keany Produce & Gourmet*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | (Chapter 11) |
|---|---|
| ARCTIC CATERING, INC., | Case No. 2:18-bk-13118-EPB |
| Debtor. | **PACA CLAIM OF PJK FOOD SERVICE, LLC D/B/A KEANY PRODUCE & GOURMET** |
| | [Related to Doc. No. 95] |

PJK Food Service, LLC d/b/a Keany Produce & Gourmet ("Keany") hereby files its claim arising under the trust provision of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499e(c)(2), in accordance with the *Order Setting and Notice of: Bar Date for Filing Trust Claims under the Perishable Agricultural Commodities Act and the Packers and Stockyards Act – January 4, 2019* [Doc. 95], and in support thereof, states as follows:

1. On October 25, 2018 (the "Petition Date"), Arctic Catering, Inc. ("Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. Prepetition, Keany sold and delivered to Debtor, in interstate commerce or contemplation thereof, goods and produce having a value of $11,606.87, of which $10,626.72 is owed for wholesale quantities of produce, all of which has not been paid. True and correct copies of Keany's statement of account, a spreadsheet breaking out the balances due for produce items and non-produce items, and unpaid invoices are attached hereto as **Exhibits A-C**, respectively.

J:\FILES\DOCS\FIRM05\456456\PLDG\13H1345.DOCX
Case 2:18-bk-13118-EPB    Doc 105    Filed 01/03/19    Entered 01/03/19 14:57:13    Desc
Main Document    Page 1 of 4

Page 1 of 4

3. Debtor accepted the goods and produce from Keany, but failed to pay Keany the balance due, and currently owes Keany the principal amount of $10,626.72 under the PACA trust (the "PACA Claim"). *See* Exhibit B.

4. Keany is licensed under PACA and preserved its interest in the PACA trust by placing the requisite PACA trust preservation language on its invoices in accordance with 7 U.S.C. § 499e(c)(4). A true and correct copy of Keany's PACA license information is attached hereto as **<u>Exhibit D</u>**;[1] *see* Invoices, Exhibit C.

5. Keany's invoices entitle it to payment of interest on unpaid balances in the amount of 18% per annum, and for reimbursement of attorneys' fees and costs. *Id.* Keany reserves the right to assert accrued interest, and its attorneys' fees and costs as part of its PACA Claim.

6. In asserting its PACA Claim, Keany does not waive, but rather expressly reserves all of its rights and remedies, including, without limitation, those it may have against any other entity or person or pursuant to applicable law. As to the Debtor, Keany does not waive, but rather expressly reserves, all of its rights and remedies in connection with its PACA Claim, including, without limitation, the following: (i) to fix, increase, amend and/or supplement the PACA Claim, the exhibits hereto, and/or any supporting documentation (ii) to assert that the PACA Claim, or any portion thereof, is secured, including, without limitation, by a right of setoff, recoupment, or otherwise, (iii) to assert that the PACA Claim, or any portion thereof, is an administrative expense of the Debtor's estate, and (iv) to seek other relief from the Court, as Keany in its sole discretion deems appropriate.

7. Keany does not waive any rights, claims, actions, defenses, setoffs, or recoupments to which Keany is or may be entitled to under any agreements, in equity, or under any applicable law or otherwise, all of which rights, claims, actions, defenses, setoffs,

---

[1] PACA license information is published by the USDA's Agricultural Marketing Service at http://apps.ams.usda.gov/pacasearch/default.aspx.

and recoupments Keany expressly hereby asserts and preserves in these bankruptcy cases. Keany reserves all rights with respect to the prepetition non-produce balance due.

8. Keany continues to do business with Debtor postpetition, and reserves all rights with respect to postpetition balances due.

RESPECTFULLY SUBMITTED this 3rd day of January, 2019.

DECONCINI MCDONALD YETWIN & LACY, P.C.

By: /s/ *Jody A. Corrales*, #024869
Jody A. Corrales, Esq.
*Attorneys for* PJK Food Service, LLC d/b/a Keany Produce & Gourmet

ORIGINAL electronically filed this
3rd day of January, 2019, with:

CLERK, UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
*https://ecf.azb.uscourts.gov*

COPIES of the foregoing mailed via electronic or
U.S. Mail this 3rd day of January, 2019, to:

Grant L. Cartwright
Andrew A. Harnisch
May, Potenza, Baran & Gillespie, P.C.
201 N. Central Avenue, 22nd Floor
Phoenix, Arizona 85004
gcartwright@maypotenza.com
aharnisch@maypotenza.com
*Attorneys for Debtor*

Steven N Berger
Engelman Berger, P.C.
One Columbus Plaza, Suite 700
3636 N Central Avenue
Phoenix, Az 85012-1985
*Attorney for A.P. MacMillan; I.E. MacMillan; MacMillan Revocable Trust c/o Frederick and Lynn MacMillan; Randolf and Joann MacMillan; Jerry and Sandra Cox; and David Gonzales*

Kevin J. Blakley
Gammage & Burnham, P.L.C.
Two N. Central Ave., 15th Floor
Phoenix, Az 85004
*Attorney for Food Services of America*

DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 East Broadway Blvd., Suite 200
Tucson, AZ 85716-5300

1  Carolyn J. Johnsen
   Dickinson Wright Pllc
2  1850 N. Central Avenue #1400
   Phoenix, Az 85004-4568
3  *Attorney for Liquid Capital Exchange, Inc.*

4  Carl Dore, Jr
   Dore Law Group Pc
5  17171 Park Row Ste 160
   Houston, Tx 77084
6  *Attorney for Stallion Rockies, Ltd.*

7  Emily Gildar Wagner
   Snell & Wilmer, Llp
8  400 E. Van Buren St., Ste 1900
   Phoenix, Az 85004-2202
9  *Attorney for Triple B Corporation, d/b/a Charlie's Produce*

10 Larry L. Watson
   Office of the U.S. Trustee
11 230 N. First Avenue, Suite 204
   Phoenix, AZ 85003
12 larry.watson@usdoj.gov
   *Attorney for U.S. Trustee*

13

14 By */s/ Clarrissa Palma*