Grant L. Cartwright, Esq. (AZ Bar No. 030780)
Andrew A. Harnisch, Esq. (AZ Bar No. 014957
**MAY, POTENZA, BARAN & GILLESPIE, P.C.**
201 N. Central Avenue, Suite 2200
Phoenix, AZ  85004-0608
Telephone:   (602) 252-1900
Facsimile:    (602) 252-1114
E-mail:        gcartwright@maypotenza.com
                   aharnisch@maypotenza.com
*Proposed Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>ARCTIC CATERING, INC.<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:18-bk-13118-EPB<br><br>**NOTICE OF LODGING STIPULATED ORDER ALLOWING ADMINISTRATIVE PRIORITY CLAIM OF FOOD SERVICES AMERICA, INC.** |

**NOTICE IS HEREBY GIVEN**, pursuant to Local Bankruptcy Rule 9022-1(b), that Counsel for Arctic Catering, Inc. ("**Debtor**"), has lodged with the Court its form *Stipulated Order Allowing Administrative Priority Claim of Food Services of America, Inc.* The form of Order is attached hereto as Exhibit "1" and incorporated herein by this reference.

Respectfully submitted,
**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By /s/ Grant L. Cartwright            #030780
   Grant L. Cartwright
   Attorneys for Debtors

**EXHIBIT 1**

1  Michael R. King #005903
   Kevin J. Blakley #010777
2  **GAMMAGE & BURNHAM, P.L.C.**
   TWO NORTH CENTRAL AVENUE, 15TH FLOOR
3  PHOENIX, AZ 85004
   TELEPHONE (602) 256-0566
4  EMAIL: KBLAKLEY@GBLAW.COM
   *Attorneys for Food Services of America, Inc.*
5

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 2:18-bk-13118-EPB |
| ARCTIC CATERING, INC., | Chapter 11 |
| Debtor. | **STIPULATED ORDER ALLOWING ADMINISTRATIVE PRIORITY CLAIM OF FOOD SERVICES OF AMERICA, INC.** |

Upon consideration of *Food Services of America's Application for Allowance and Payment of Claim for Administrative Expenses* filed on November 20, 2018 [Doc. 57] (the "Application") and the Debtor's *Objection to Food Service of America's Application for Allowance and Payment of Administrative Expenses* filed on December 12, 2018 [Doc 90], no other objections to the Application having been filed, and good cause appearing,

**IT IS HEREBY ORDERED** allowing Food Services of America's administrative priority claim in the amount of $91,729.10 pursuant to 11 U.S.C. § 503(b)(9) (the "**FSA Administrative Claim**").

**IT IS HEREBY FURTHER ORDERED** that the FSA Administrative Claim is subordinate to any super-priority claim of Liquid Capital Exchange, Inc. pursuant to the *Interim Order Granting Emergency Motion For Order Approving Post-Petition Factoring Agreement pursuant to 11 U.S.C.  363 and 364* [Dkt. #99] and any subsequent Final Order entered by the Court.

**DATED AND SIGNED ABOVE**

7005.4.1327162.1

**APPROVED AS TO FORM AND CONTENT BY:**

**MAY POTENZA BARAN & GILLESPIE, P.C.**

Grant L. Cartwright
Andrew A. Harnisch
201 N. Central Avenue, Suite 2200
Phoenix, Arizona 85004-0608
*Attorneys for Debtor*


**GAMMAGE & BURNHAM, P.L.C.**

Michael R. King
Kevin J. Blakley
Two N. Central Ave., 15th Floor
Phoenix, AZ 85004
*Attorneys for Food Services of America, Inc.*