SO ORDERED.

Dated: January 29, 2019

Eddward P. Ballinger Jr., Bankruptcy Judge

Michael R. King #005903
Kevin J. Blakley #010777
**GAMMAGE & BURNHAM, P.L.C.**
TWO NORTH CENTRAL AVENUE, 15TH FLOOR
PHOENIX, AZ 85004
TELEPHONE (602) 256-0566
EMAIL: KBLAKLEY@GBLAW.COM
*Attorneys for Food Services of America, Inc.*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

In re:

ARCTIC CATERING, INC.,

Debtor.

Case No. 2:18-bk-13118-EPB

Chapter 11

**STIPULATED ORDER ALLOWING ADMINISTRATIVE PRIORITY CLAIM OF FOOD SERVICES OF AMERICA, INC.**

Upon consideration of *Food Services of America's Application for Allowance and Payment of Claim for Administrative Expenses* filed on November 20, 2018 [Doc. 57] (the "Application") and the Debtor's *Objection to Food Service of America's Application for Allowance and Payment of Administrative Expenses* filed on December 12, 2018 [Doc 90], no other objections to the Application having been filed, and good cause appearing,

**IT IS HEREBY ORDERED** allowing Food Services of America's administrative priority claim in the amount of $91,729.10 pursuant to 11 U.S.C. § 503(b)(9) (the "**FSA Administrative Claim**").

**IT IS HEREBY FURTHER ORDERED** that the FSA Administrative Claim is subordinate to any super-priority claim of Liquid Capital Exchange, Inc. pursuant to the *Interim Order Granting Emergency Motion For Order Approving Post-Petition Factoring Agreement pursuant to 11 U.S.C. 363 and 364* [Dkt. #99] and any subsequent Final Order entered by the Court.

**DATED AND SIGNED ABOVE**

7005.4.1327162.1

**APPROVED AS TO FORM AND CONTENT BY:**

**MAY POTENZA BARAN & GILLESPIE, P.C.**

Grant L. Cartwright
Andrew A. Harnisch
201 N. Central Avenue, Suite 2200
Phoenix, Arizona 85004-0608
*Attorneys for Debtor*

**GAMMAGE & BURNHAM, P.L.C.**

Michael R. King
Kevin J. Blakley
Two N. Central Ave., 15th Floor
Phoenix, AZ 85004
*Attorneys for Food Services of America, Inc.*