Grant L. Cartwright, Esq. (AZ Bar No. 030780)
Andrew A. Harnisch, Esq. (AZ Bar No. 014957
**MAY, POTENZA, BARAN & GILLESPIE, P.C.**
201 N. Central Avenue, Suite 2200
Phoenix, AZ  85004-0608
Telephone:   (602) 252-1900
Facsimile:   (602) 252-1114
E-mail:   gcartwright@maypotenza.com
         aharnisch@maypotenza.com
*Proposed Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| ARCTIC CATERING, INC. | Case No. 2:18-bk-13118-EPB |
| Debtor. | **NOTICE OF LODGING FINAL ORDER GRANTING EMERGENCY MOTION FOR ORDER APPROVING POST-PETITION FACTORING AGREEMENT PURSUANT TO 11 U.S.C. §§ 363 AND 364** |

**NOTICE IS HEREBY GIVEN**, pursuant to Local Bankruptcy Rule 9022-1(b), that Counsel for Arctic Catering, Inc. ("**Debtor**"), has lodged with the Court its form of *Final Order Granting Emergency Motion for Order Approving Post-Petition Factoring Agreement Pursuant to 11 U.S.C. §§ 363 and 364*. The form of Order is attached hereto as Exhibit "1" and incorporated herein by this reference.

Respectfully submitted,
**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By /s/ Andrew A. Harnisch          #024957
   Andrew A. Harnisch
   Attorneys for Debtors