1  Grant L. Cartwright, Esq. (AZ Bar No. 030780)
   Andrew A. Harnisch, Esq. (AZ Bar No. 024957)
2  **MAY, POTENZA, BARAN & GILLESPIE, P.C.**
   201 N. Central Avenue, Suite 2200
3  Phoenix, AZ  85004-0608
   Telephone:    (602) 252-1900
4  Facsimile:    (602) 252-1114
   E-mail:       gcartwright@maypotenza.com
5                aharnisch@maypotenza.com
6  *Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceedings |
|---|---|
| ARCTIC CATERING, INC. | Case No. 2:18-bk-13118-EPB |
| Debtors. | **NOTICE OF FILING MOTION FOR EXTENSION OF DEBTOR'S EXCLUSIVITY PERIODS TO FILE PLAN AND DISCLOSURE STATEMENT AND SOLICIT PLAN ACCEPTANCES** |

NOTICE IS HEREBY GIVEN that May, Potenza, Baran & Gillespie, P.C. ("**MPBG**"), counsel for Debtor Arctic Catering, Inc. ("**Debtor**"), has filed its *Motion for Extension of Debtor's Exclusivity Period to file Plan and Disclosure Statement and Solicit Plan Acceptances* [DE 120] in the above-captioned proceeding.

NOTICE IS FURTHER GIVEN that pursuant to Local Bankruptcy Rules 2002-1 and 9013-1, if no written objection is filed with the Court and a copy thereof served upon May, Potenza, Baran & Gillespie, P.C., 201 North Central Avenue, 22nd Floor, Phoenix, AZ 85004 WITHIN TWENTY-ONE (21) DAYS of service of this Notice, the Order may be granted without a hearing.  If a party in interest timely objects to the Motion and requests a hearing, the matter will be placed on the Court's calendar.  Only those objecting and parties in interest will receive notice of the hearing.

NOTICE IS FURTHER GIVEN that the Motion, statement and supporting papers are available for review at the Clerk's office, U.S. Bankruptcy Court, 230 North 1st Avenue, Suite 101, Phoenix, AZ 85003, and a copy may be inspected by any party in interest by accessing the United States Bankruptcy Court for the District of Arizona

Document Filing System at http://ecf.azb.uscourts.gov or a copy may be obtained from MPBG at the address appearing upon this pleading.

DATED this 1st day of January, 2019.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By *s/ Grant L. Cartwright*
     Grant L. Cartwright
     *Attorneys for Debtor*

COPY of the foregoing mailed or emailed*
on February 1, 2019, to:

Carolyn J. Johnsen*
DICKINSON WRIGHT PLLC
1850 N. Central Avenue, Suite 1400
Phoenix, AZ 85004
cjjohnsen@dickinsonwright.com
*Attorneys for Liquid Capital Exchange, Inc.*

Michael R. King*
Kevin J. Blakley*
Gammage & Burnham P.L.C.
Two North Central Avenue, 15th Floor
Phoenix, Arizona 85004
mking@gblaw.com
kblakley@gblaw.com
*Attorneys for Food Services of America, Inc.*

Larry Watson*
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003
Larry.Watson@usdoj.gov

Steven N. Berger*
ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012
snb@eblawyers.com
*Attorneys for Equity Holders*

| | |
|---|---|
| 1 | Scott P. Vaughn* |
| 2 | McGuire Woods LLP<br>201 N. Tryon Street, Suite 3000 |
| 3 | Charlotte, NC 28202 |
| 4 | svaughn@mcguirewoods.com |
| 5 | Carl Doré, Jr.* |
| 6 | Doré Law Group, P.C.<br>17171 Park Row, Suite 160 |
| 7 | Houston, Texas 77084<br>carl@dorelawgroup.net |
| 8 | *Attorneys for Stallion Rockies, Ltd.* |
| 9 | Jody Corrales* |
| 10 | DeConcini McDonald Yetwin & Lacy, P.C.<br>2525 E. Broadway Blvd., Ste. 200 |
| 11 | Tucson, AZ 85716 |
| 12 | jcorrales@dmyl.com<br>Attorneys for PJK Food Service LLC |
| 13 | d/b/a Keany Produce & Gourment |
| 14 | Steven D. Jerome* |
| 15 | Emily Gildar Wagner*<br>Snell &Wilmer, LLP |
| 16 | One Arizona Center |
| 17 | 400 E. Van Buren St., Ste. 1900<br>Phoenix, AZ 85004-2202 |
| 18 | sjerome@swlaw.com<br>ewagner@swlaw.com |
| 19 | *Attorneys for Triple B Corporation* |
| 20 | *d/b/a Charlie's Produce* |
| 21 | List of 20 Largest Unsecured Creditors |
| 22 | By: /s/ *Elizabeth Luna* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |