# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ARCTIC CATERING, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 2:18-bk-13118-EPB<br><br>**ORDER GRANTING MOTION FOR EXPEDITED HEARING ON AND SHORTENED RESPONSE TIME TO:**<br><br>**MOTION FOR EXTENSION OF DEBTOR'S EXCLUSIVITY PERIODS TO FILE PLAN AND DISCLOSURE STATEMENT AND SOLICIT PLAN ACCEPTANCES [DE 120]**<br><br>**AND**<br><br>**EMERGENCY MOTION TO EXTEND DEADLINE BY WHICH DEBTOR MUST ASSUME OR REJECT UNEXPIRED LEASES [DE 122]** |

This matter came before the Court pursuant to the *Motion for Expedited Hearing on and Shortened Response Time to: Emergency Motion for Extension of Debtor's Exclusivity Periods to File Plan and Disclosure Statement and Solicit Plan Acceptances and Emergency Motion to Extend Deadline by Which Debtor Must Assume or Reject Unexpired Leases* (the "**Motion for Expedited Hearing**") [DE 123] filed by Arctic Catering, Inc. ("**Debtor**"). Based upon the Motion for Expedited Hearing and good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. The Motion for Expedited Hearing is granted.

2. The Court will conduct a hearing on the *Emergency Motion for Extension of Debtor's Exclusivity Periods to File Plan and Disclosure Statement and Solicit Plan Acceptances* (the "**Exclusivity Motion**") [DE 120] and *Emergency Motion to Extend Deadline by Which Debtor Must Assume or Reject Unexpired Leases* (the "**Leases Motion**, together with the Exclusivity Motion, the "**Motions**") [DE 122] on _____, 2019 at _____ **a.m./p.m. Arizona time** at the United States Bankruptcy Court (the "**Hearing**").

3. Any opposition to the Motions shall be filed with the Court no later than 5:00 p.m. Arizona time on _____, 2019, and served on counsel for the Debtor prior to the Hearing.

4. Counsel for Debtor shall immediately serve a copy of this Order upon all of the parties who were served with the Motion for Expedited Hearing and the Motions.

**DATED AND SIGNED AS SET FORTH ABOVE.**