Grant L. Cartwright, Esq. (AZ Bar No. 030780)
Andrew A. Harnisch, Esq. (AZ Bar No. 014957)
**MAY, POTENZA, BARAN & GILLESPIE, P.C.**
201 N. Central Avenue, Suite 2200
Phoenix, AZ 85004-0608
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
E-mail: gcartwright@maypotenza.com
aharnisch@maypotenza.com
*Proposed Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

ARCTIC CATERING, INC.

Debtor.

Chapter 11 Proceedings

Case No. 2:18-bk-13118-EPB

**NOTICE OF LODGING FINAL ORDER GRANTING EMERGENCY MOTION FOR ORDER APPROVING POST-PETITION FACTORING AGREEMENT PURSUANT TO 11 U.S.C. §§ 363 AND 364**

**NOTICE IS HEREBY GIVEN**, pursuant to Local Bankruptcy Rule 9022-1(b), that Counsel for Arctic Catering, Inc. ("**Debtor**"), has re-lodged with the Court its form of *Final Order Granting Emergency Motion for Order Approving Post-Petition Factoring Agreement Pursuant to 11 U.S.C. §§ 363 and 364*. The Order is being re-lodged to include an executed copy the ARPA as Exhibit A. The form of Order is attached hereto and incorporated herein by this reference.

Respectfully submitted,

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By /s/ Andrew A. Harnisch          #024957
Andrew A. Harnisch
Attorneys for Debtors