Jason M. Torf (pro hac vice pending)
John C. Cannizzaro (pro hac vice pending)
ICE MILLER LLP
200 W. Madison Street, Suite 3500
Chicago, IL 60606-3417
Telephone: (312) 726-6244
Facsimile: (312) 726-6214
Email: Jason.Torf@icemiller.com

*Counsel for Gordon Food Service Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| ARCTIC CATERING, INC., | Case No. 2:18-bk-13118-EPB |
| Debtor. | **NOTICE OF HEARING** |
| | Hearing Date: Tuesday, March 12, 2019 |
| | Hearing Time: 10:00 a.m. |
| | Place: U.S. Bankruptcy Court |
| | Courtroom 703 |
| | 230 N. 1st Avenue |
| | Phoenix, AZ 85003 |

**NOTICE IS HEREBY GIVEN** that a hearing will be held on Tuesday, March 12, 2019 at 10:00 a.m., in Courtroom 703 at the United States Bankruptcy Court, 230 N. 1st Avenue, Phoenix, AZ 85003 (the "Hearing") to consider the APPLICATION OF GORDON FOOD SERVICE INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM UNDER 11 U.S.C. § 503(b)(9) (Doc. No. 134) (the "Application"). Gordon Food Service Inc. seeks the allowance of an administrative claim in the amount of $18,986.14 pursuant to 11 U.S.C. § 503(b)(9).

Any objection or opposition to the Application must be filed with the court no later than 14 days from the date of service of this notice. A copy of same must be served on Gordon Food Service's counsel at the address set forth herein. The Court may vacate the hearing and grant the requested relief if no timely objection is filed and served.

Pleadings are available for review at the Clerk's office, U.S. Bankruptcy Court, 230 N. 1st Avenue, Phoenix, AZ 85003 and/or may be inspected by any party in interest by accessing the United States Bankruptcy Court for the District of Arizona Document Filing System at http://ecf.azb.uscourts.gov or a copy may be obtained by request from Ice Miller LLP from the information appearing upon this pleading.

| | |
|---|---|
| Dated: February 15, 2019 | Respectfully submitted,<br><br>/s/ Jason M. Torf<br>Jason M. Torf (pro hac vice pending)<br>John C. Cannizzaro (pro hac vice pending)<br>ICE MILLER LLP<br>200 W. Madison Street, Suite 3500<br>Chicago, IL 60606-3417<br>Telephone:  (312) 726-6244<br>Facsimile:   (312) 726-6214<br>Email:          Jason.Torf@icemiller.com<br><br>*Counsel for Gordon Food Service Inc.* |

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, 2019, I caused a copy of the foregoing Notice of Hearing on Application of Gordon Food Service Inc. for Allowance and Payment of Administrative Claim under 11 U.S.C. § 503(b)(9) to be served by electronic means through the Court's ECF system to all parties receiving electronic notice in this case, and upon the following parties who have requested service in this case by U.S. Mail:

**LAURENCE W GOLDBERG**
4135 MENDENHALL OAKS PARKWAY SUITE 140
HIGH POINT, NC 27265

**SCOTT P VAUHGN**
MCGUIRE WOODS LLP
201 NORTH TRYON STREET, SUITE 3000
CHARLOTTE, NC 28202

/s/ Jason M. Torf
Jason M. Torf (pro hac vice pending)