Carolyn J. Johnsen (#011894)
DICKINSON WRIGHT PLLC
1850 N. Central Ave., Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (844) 670-6009
cjjohnsen@dickinsonwright.com
*Attorneys for the Liquid Capital Exchange, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| ARCTIC CATERING, INC. | No. 2:18-bk-13118-EPB |
| Debtor, | **JOINDER IN LIMITED OBJECTION TO APPLICATION OF GORDON FOOD SERVICE, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM UNDER 11 U.S.C. § 503(b)(9)** |
| | Hearing Date: March 12, 2019<br>Time: 10:00 a.m. |

Liquid Capital Exchange, Inc. ("**LCX**") hereby joins in the *Limited Objection to Application of Gordon Food Service, Inc. for Allowance and Payment of Administrative Claim Under 11 U.S.C § 503(b)(9)* (the "**Objection**") [Doc. #150] filed by Arctic Catering, Inc. (the "**Debtor**") for all the reasons set forth in the Objection.

LCX further states and urges that any administrative claim granted to Gordon Food Service, Inc. ("**Gordon**") must be subordinate to any super-priority claim of LCX pursuant to the *Amended Final Order Granting Emergency Motion For Order Approving Post-Petition Factoring Agreement pursuant to 11 U.S.C. §§ 363 and 364* dated February 7, 2019 [Doc. #132] and any order granting relief to Gordon should so state.

DATED this 7th day of March, 2019.

                                              **DICKINSON WRIGHT PLLC**

                                              By: */s/ Carolyn J. Johnsen*
                                                   Carolyn J. Johnsen
                                                   *Attorneys for Liquid Capital Exchange, Inc.*

| | |
|---|---|
| **FOREGOING** electronically filed with the Clerk of the U.S. Bankruptcy Court for the District of Arizona this 7th day of March, 2019, with a **COPY** served this same date via mail or e-mail on the following parties: | |
| Grant L. Cartwright<br>Andrew A. Harnish<br>MAY, POTENZA, BARAN & GILLESPIE, P.C.<br>201 North Central Avenue, 22nd Floor<br>Phoenix, AZ 85004<br>gcartwright@maypotenza.com<br>aharnisch@maypotenza.com<br>*Attorneys for Debtor* | Michael King<br>Kevin J. Blakley<br>GAMMAGE & BURNHAM PLC<br>Two North Central Ave., 15th Floor<br>Phoenix, AZ 85004<br>mking@gblaw.com<br>kblakley@gblaw.com<br>*Attorneys for Food Services of America, Inc.* |
| Larry Watson<br>Office of the U.S. Trustee<br>230 North First Ave., Ste. 204<br>Phoenix, AZ 85003<br>Larry.watson@usdoj.gov | Steve N. Berger<br>ENGELMAN BERGER, PC<br>3636 North Central Ave., Ste. 700<br>Phoenix, AZ 85012<br>snb@eblawyers.com<br>*Attorneys for Equity Holders* |
| Scott P. Vaughn<br>MCGUIRE WOODS, LLP<br>201 N. Tryon Street, Ste. 3000<br>Charlotte, NC 28202<br>svaughn@mcguirewoods.com | Carl Dore, Jr.<br>Dore Law Group, PC<br>17171 Park Row, Ste. 160<br>Houston, TX 77085<br>carl@dorelawgroup.net<br>*Attorneys for Stallion Rockies, Ltd.* |
| Jody Corrales<br>DECONCINI MCDONALD YETWIN & LACY, PC<br>2525 E. Broadway Blvd., Ste. 200<br>Tucson, AZ 85716<br>jcorrales@dmyl.com<br>*Attorneys for PJK Food Service LLC d/b/a Keany Produce & Gourmet* | Steven D. Jerome<br>Emily Gildar Wagner<br>SNELL & WILMER, LLP<br>One Arizona Center<br>400 E. Van Buren Street, Ste. 1900<br>Phoenix, AZ 85004<br>sjerome@swlaw.com<br>ewagner@swlaw.com<br>*Attorneys for Triple B Corporation d/b/a Charlie's Produce* |

/s/ Janet Hawkins

PHOENIX 86023-1 536931v1