1  Jason M. Torf (pro hac vice pending)
John C. Cannizzaro (pro hac vice pending)
2  ICE MILLER LLP
3  200 W. Madison Street, Suite 3500
Chicago, IL 60606-3417
4  Telephone:    (312) 726-6244
Facsimile:    (312) 726-6214
5  Email:        Jason.Torf@icemiller.com

6
*Counsel for Gordon Food Service Inc.*
7

8  **IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA**

9
In re:                                     Chapter 11
10
ARCTIC CATERING, INC.,                     Case No. 2:18-bk-13118-EPB
11
12     Debtor.                             **STIPULATED ORDER GRANTING
APPLICATION OF GORDON FOOD**
13                                         **SERVICE INC. FOR ALLOWANCE
AND PAYMENT OF**
14                                         **ADMINISTRATIVE CLAIM UNDER
11 U.S.C. § 503(b)(9)**
15

16         This matter comes before the court on the Application of Gordon Food Service Inc.

17  ("GFS") for Allowance and Payment of Administrative Claim under 11 U.S.C. § 503(b)(9) (the

18  "Application") (Doc. 134).  The Debtor and Liquid Capital Exchange, Inc. ("Liquid Capital

19  Exchange") each filed limited objections to the Application.  Upon due consideration of same

20  and for good cause shown,

21         **IT IS HEREBY ORDERED** that GFS is granted an allowed administrative priority

22  claim pursuant to 11 U.S.C. § 503(b)(9) in the amount of $18,986.14 (the "Allowed GFS

23  503(b)(9) Claim").

24         **IT IS HEREBY FURTHER ORDERED** that distributions on the Allowed GFS

25  503(b)(9) Claim shall be made at the earliest date and at the same percentage as any other

26  allowed 503(b)(9) claims are paid.

27
       **IT IS HEREBY FURTHER ORDERED** that the Allowed GFS 503(b)(9) Claim is
28
subordinate to any super-priority claim of Liquid Capital Exchange pursuant to the Amended

1   Final Order Granting Emergency Motion For Order Approving Post-Petition Factoring

2   Agreement Pursuant to 11 U.S.C. §§ 363 and 364 dated February 7, 2019 [Dkt. #132].

3          **IT IS HEREBY FURTHER ORDERED** that the hearing on the Application currently

4   set for March 12, 2019 at 10:00 a.m. is hereby **VACATED**.

5

6                          **DATED AND SIGNED ABOVE**

7

8   **APPROVED AS TO FORM AND CONTENT BY:**

9   **MAY POTENZA BARAN & GILLESPIE, P.C.**

10  Grant L. Cartwright
    Andrew A. Harnisch

11  201 N. Central Avenue, Suite 2200
    Phoenix, Arizona 85004-0608

12  *Attorneys for Debtor*

13  **ICE MILLER LLP**

14  Jason M. Torf
    John C. Cannizzaro

15  200 W. Madison Street, Suite 3500
    Chicago, IL 60606-3417

16  *Attorneys for GFS*

17  **DICKINSON WRIGHT PLLC**

18  Carolyn J. Johnsen
    1850 N. Central Ave., Suite 1400

19  Phoenix Arizona 85004
    *Attorneys for the Liquid Capital Exchange*

20

21

22

23

24

25

26

27

28                                      2