# IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | CASE NO. 2:18-bk-13118-EPB |
| Arctic Catering, Inc. | **BUSINESS AND INDUSTRY** |
| 7373 E Doubletree Ranch Road | **MONTHLY OPERATING REPORT** |
| Sutie 135 | |
| Scottsdale, AZ 85258 | MONTH OF Month Ended 8/31/19 |
| | DATE PETITION FILED: 10/25/2018 |
| Debtor | TAXPAYER ID NO. : 92-0047121 |

Nature of Debtor's Business: _____

Formerly provided remote camp catering and camp management services in Alaska.

DATE DISCLOSURE STATEMENT FILED 4/23/19 TO BE FILED ~~TBD~~

DATE PLAN OF REORGANIZATION FILED 4/23/19 TO BE FILED ~~TBD~~

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_____     CEO/President
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY     TITLE

David Gonzales     9/6/19
PRINTED NAME OF RESPONSIBLE PARTY     DATE

**PREPARER:**

_____     Controller
ORIGINAL SIGNATURE OF PREPARER     TITLE

Lorelei Gonzales     9/6/19
PRINTED NAME OF PREPARER     DATE

**PERSON TO CONTACT REGARDING THIS REPORT:** Dave Gonzales

PHONE NUMBER: 602-571-9588

ADDRESS: _____

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

| CASE NO. 2:18-bk-13118-EPB | BANK ACCOUNTS | | | | | FOOTNOTES |
|---|---|---|---|---|---|---|
| | Operating | Payroll | Collateral | | Total | |
| | #3391 | # 3468 | #8845 | | | |
| Balance at Beginning of Month | $ 865,781.36 | $ - | $ - | | $ 865,781.36 | |
| **RECEIPTS** | | | | | | |
| Cash Sales | | | | | $ - | |
| Accounts Receivable | | | | | $ - | |
| Loans and Advances | | | | | $ - | |
| Sale of Assets | | | | | $ - | |
| Transfers from Other DIP Accounts | $ 226,608.44 | | $ (226,608.44) | | $ - | A |
| Other: | | | | | | |
| Reimbursements/Refunds | $ 44,124.10 | | | | $ 44,124.10 | B |
| Post Sale Collections | | | $ 226,608.44 | | $ 226,608.44 | A |
| Post Sale Collections wired to AAC&SS | $ (226,608.44) | | | | $ (226,608.44) | A |
| TOTAL RECEIPTS | $ 44,124.10 | $ - | $ - | $ - | $ 44,124.10 | |
| **DISBURSEMENTS** | | | | | | |
| Business - Ordinary Operations | $ 101,123.59 | | | | $ 101,123.59 | |
| Capital Improvements | | | | | $ - | |
| Pre-Petition Debt | | | | | $ - | |
| Transfers to Other DIP Accounts | | | | | $ - | |
| Other (attach list) | | | | | | |
| Bank Fees | $ 661.25 | | | | $ 661.25 | |
| **Reorganization Expenses:** | | | | | $ - | |
| Attorney Fees | $ 19,412.29 | | | | $ 19,412.29 | |
| Accountant Fees | | | | | $ - | |
| Other Professional Fees | | | | | $ - | |
| U. S. Trustee Quarterly Fee | | | | | $ - | |
| Court Costs | | | | | $ - | |
| | | | | | | |
| TOTAL DISBURSEMENTS | $ 121,197.13 | $ - | $ - | $ - | $ 121,197.13 | |
| **Balance at End of Month** | $ 788,708.33 | $ - | $ - | $ - | $ 788,708.33 | |

*Information provided above should reconcile with balance sheet and income statement amounts

**FOOTNOTES - Page 2a**

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | $ 121,197.13 |
| **Less**: Transfers to Other DIP Accounts | $ - |
| **Plus**: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | $ 121,197.13 |

FOOTNOTES to 7/31/19 MOR page 2

A   Post Sale Collections (Negative Receipts):
   Funds paid to ACI that belonged to the Buyer for post sale AR Collections.  (Conoco ACH
   Receipts).  ACI transferred the receipts to the Operating Account then wired the funds to the Buyer.

B   Reimbursements and Refunds:

| | |
|---|---:|
| Rent refunds | $1,826.71 |
| Sysco Rebates for Pre Sale Invoices | $1,044.21 |
| John Hancock - 401K Audit Fees (offset Professional Expenses) | $18,000.00 |
| Post 6/17 UltiPro fees Reimbursed by AAC&SS | $5,930.00 |
| Coca Cola Deposit Refund ((Due from Vendor) | $1,136.59 |
| Beacon Deposit Refund ((Due from Vendor) | $6,885.00 |
| EPA 8/27 ACH Deposit (to be determined) | $7,511.14 |
| Premera Refund - Oct 2018 per Shannon | $1,790.45 |
| | $44,124.10 |



# INCOME STATEMENT

(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total SInce Filing |
|---|---|---|---|
| Gross Revenue | | | |
| Less: Returns & Discounts | | | |
| Net Revenue | | | |
| | | SEE ATTACHED | |
| **COST OF GOODS SOLD** | | | |
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |
| | | | |
| GROSS PROFIT | | | |
| | | | |
| **OPERATING EXPENSES** | | | |
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) | | | |
| Total Operating Expenses | | | |
| | | | |
| Income Before Non-operating Income and Expense | | | |
| | | | |
| **OTHER INCOME & EXPENSE** | | | |
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |
| | | | |
| Income Before Reorganization Expense | | | |
| | | | |
| **REORGANIZATION EXPENSES** | | | |
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |
| | | | |
| Income Tax | | | |
| | | | |
| NET PROFIT OR (LOSS) | | | |

Page 3

ARCTIC CATERING, INC.
Income Statement

*Attachment to Page 3 of the MOR*

| | Current Month ME 8/31/19 | YTD | Total Since Filing |
|---|---|---|---|
| **Revenues** | | | |
| Catering Revenue | | $ 12,594,195.26 | $ 15,023,747.12 |
| Chargeback Revenue | | $ 990,584.21 | $ 1,307,940.05 |
| Commissary Revenue | $ 7,511.14 | $ 231,377.86 | $ 402,440.27 |
| Other Revenue | | $ 10,762.45 | $ 13,864.03 |
| **Total Revenues** | $ 7,511.14 | $ 13,826,919.78 | $ 16,747,991.47 |
| **Direct Costs** | | | |
| Labor | | $ 5,555,434.88 | $ 7,130,303.53 |
| Food | | $ 1,980,351.22 | $ 2,436,766.95 |
| Customer Chargebacks | | $ 841,665.24 | $ 1,107,788.64 |
| Labor Burden | | $ 37,971.00 | $ 41,660.93 |
| Freight | | $ 375,233.19 | $ 410,749.81 |
| Commissary | | $ 104,136.29 | $ 120,520.15 |
| Camp Utilites | | $ 1,091.00 | $ 1,297.93 |
| Supplies/Bedding/Dishes | | $ 196,504.72 | $ 226,411.41 |
| Cleaning & Laundry | | $ 19,730.18 | $ 4,093.72 |
| Travel | | $ 1,235.01 | $ 3,437.80 |
| Miscellaneus Expense | $ 20,338.93 | $ 23,625.76 | $ 23,625.76 |
| **Total Direct Costs** | $ 20,338.93 | $ 9,136,978.49 | $ 11,506,656.63 |
| **Gross Profit** | $ (12,827.79) | $ 4,689,941.29 | $ 5,241,334.84 |
| **Administrative/Operating Expenses** | | | |
| Salaries | | | |
| Officers | | $ 487,875.67 | $ 659,270.32 |
| Operations | | $ 550,013.36 | $ 788,937.74 |
| Accounting & Admin | $ 77,288.13 | $ 731,267.10 | $ 964,159.24 |
| Salary Burden | | $ 590,348.49 | $ 753,215.87 |
| Other Employee Costs | | $ 98,635.73 | $ 120,561.90 |
| Insurance | $ - | $ - | $ - |
| Employee Healthcare & Life | $ (1,581.84) | $ 639,658.75 | $ 809,552.12 |
| General | | $ 84,850.45 | $ 95,003.82 |
| Workers Comp | | $ 327,550.60 | $ 327,550.60 |
| Keyman | | $ - | $ 6,437.87 |
| Professional Services | $ (23,930.00) | $ 43,933.92 | $ 16,808.88 |
| Office & Communication | $ 1,133.87 | $ 93,531.02 | $ 136,855.94 |
| Rents | $ 3,036.32 | $ 286,528.64 | $ 402,233.72 |
| Advertising | | $ - | $ 1,355.00 |
| Travel | | $ 88,939.29 | $ 119,802.96 |
| Entertainment & Promo | | $ 4,904.71 | $ 9,157.27 |
| Vehicle | | $ 36,493.34 | $ 37,711.71 |
| Dues & Memberships | | $ 684.00 | $ 1,245.00 |
| Other Expense | $ 661.25 | $ 39,557.42 | $ 46,898.06 |
| **Total Operating Expenses** | $ 56,607.73 | $ 4,104,772.49 | $ 5,296,758.02 |
| **Income From Operations** | $ (69,435.52) | $ 585,168.80 | $ (55,423.18) |
| **Other Income (Expense)** | | $ - | |
| Equity Earnings - Kuukpik/Arctic LLC | | $ 174,215.15 | $ 214,522.57 |
| Kuukpik/Arctic LLC Fee | | $ (355,541.13) | $ (437,801.16) |
| Equity Earnings - KAC/AES LLC | | $ 4,709.55 | $ 7,712.13 |
| Misc Revenue | $ 86.03 | $ 117,348.24 | $ 120,484.45 |
| **Total Other Income** | $ 86.03 | $ (59,268.19) | $ (95,082.01) |
| **EBITDA** | $ (69,349.49) | $ 525,900.61 | $ (150,505.19) |
| Depreciation Expense | | $ 74,219.58 | $ 105,510.30 |



## ARCTIC CATERING, INC.
## Income Statement

*Attachment to Page 3 of the MOR*

| | Current Month ME 8/31/19 | YTD | Total Since Filing |
|---|---|---|---|
| Amortization Expense | | $ 47,449.31 | $ 63,453.29 |
| Interest Expense | | $ 103,303.42 | $ 175,019.21 |
| LCX Loan Fees | | $ 341,445.57 | $ 341,445.57 |
| Camp Removal | | $ - | $ - |
| Total | $ - | $ 566,417.88 | $ 685,428.37 |
| | | | |
| Income Before Reorganization Expen | $ (69,349.49) | $ (40,517.27) | $ (835,933.56) |
| | | | |
| **Reorganization Expenses** | | | |
| Professional Fees | | $ 233,913.77 | $ 233,913.77 |
| Trustee Fees | | $ 178,540.14 | $ 178,540.14 |
| Other Restructure Related Expenses | | $ 13,531.64 | $ 13,531.64 |
| Write off Investments and Deposits | | $ 197,199.00 | $ 197,199.00 |
| Gain/Loss on Sale of Assets | | $ (140,952.68) | $ (140,952.68) |
| Total Reorganization Expenses | $ - | $ 482,231.87 | $ 482,231.87 |
| | | | |
| **NET PROFIT OR (LOSS)** | $ (69,349.49) | $ (522,749.14) | $ (1,318,165.43) |



# COMPARATIVE BALANCE SHEET

(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | | | |
| Restricted Cash | | | |
| Total Cash | | SEE ATTACHED | |
| Accounts Receivable (net) | | | |
| Inventory | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | | | |
| Property, Plant & Equipment | | | |
| Less: Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | | | |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | | | |
| Other (attach list) | | | |
| TOTAL ASSETS | | | |
| POST-PETITION LIABILITIES | | | |
| Accounts Payable | | | |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) | | | |
| Total Post-Petition Liabilities | | | |
| PRE-PETITION LIABILITIES | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | | | |
| EQUITY | | | |
| Pre-petition Owner's Equity | | | |
| Post-Petition Cumulative Profit/Loss | | | |
| Direct Charges to Equity (explain) | | | |
| Total Equity | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | | | |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

Page 4

ARCTIC CATERING, INC.
COMPARATIVE BALANCE SHEET

| | | 8/31/19 | 7/31/19 | 6/30/19 | 5/26/19 | 4/28/19 | 3/31/19 | 2/24/19 | 1/27/19 | 12/30/18 | 11/25/18 | 10/28/18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | |
| Cash | | 788,708.33 | 865,781.36 | 1,007,857.30 | 417,612.48 | 733,021.18 | 185,251.49 | 103,078.70 | 190,555.38 | 80,724.52 | 336,881.25 | 276,853.85 |
| Secured CD (Alliance) | | 101,373.96 | 101,287.93 | 101,204.75 | 101,118.87 | 101,035.83 | 100,701.58 | 100,701.58 | 100,701.58 | 100,701.58 | 100,000.00 | 100,000.00 |
| Accounts Receivable | | | | (6,328.78) | 2,031,961.71 | 3,627,228.66 | 5,243,044.87 | 3,958,003.14 | 2,784,020.52 | 1,885,325.07 | 1,786,756.08 | 1,979,495.87 |
| Due form Vendors | | 17,487.29 | 28,475.21 | | | | | | | | | |
| Notes Receivable | | 73,277.79 | 73,277.79 | 73,277.79 | 76,756.51 | 76,756.51 | 76,756.51 | 76,756.51 | 76,756.51 | 76,756.51 | 76,756.51 | 76,756.51 |
| Inventory | | | | | 235,374.62 | 282,735.18 | 432,148.59 | 566,244.14 | 495,411.37 | 397,403.72 | 431,789.95 | 425,746.12 |
| Prepaid Expenses | | 208,866.00 | 208,866.00 | 208,866.00 | 210,380.66 | 210,380.66 | 208,866.00 | 236,902.92 | 234,902.92 | 348,952.99 | 146,673.78 | 161,056.82 |
| Total Current Assets | | 1,189,713.37 | 1,277,688.29 | 1,384,877.06 | 3,073,204.85 | 5,031,158.02 | 6,246,769.04 | 5,041,691.99 | 3,882,348.28 | 2,889,864.39 | 2,878,857.57 | 3,019,809.17 |
| **Property and Equipment** | | | | | | | | | | | | |
| Office Furniture and Equipment | | - | - | - | 554,612.02 | 554,612.02 | 554,612.02 | 554,612.02 | 554,612.02 | 574,283.68 | 574,283.68 | 574,283.68 |
| Camp Equipment | | - | - | - | 40,485.50 | 40,485.50 | 40,485.50 | 40,485.50 | 40,485.50 | 100,719.03 | 100,719.03 | 100,719.03 |
| Camp Units | | - | - | - | - | - | - | - | - | - | 129,917.11 | 129,917.11 |
| Vehicles | | 49,170.08 | 49,170.08 | 49,170.08 | 249,334.62 | 249,334.62 | 249,334.62 | 249,334.62 | 249,334.62 | 249,334.62 | 249,334.62 | 249,334.62 |
| Leasehold Improvements | | - | - | - | 263,833.80 | 263,833.80 | 263,833.80 | 263,833.80 | 263,833.80 | 263,833.80 | 263,833.80 | 263,833.80 |
| Accumulated Depreciation | | (46,206.39) | (46,206.39) | (46,206.39) | (870,913.21) | (857,242.48) | (840,788.41) | (821,642.95) | (803,506.31) | (935,646.14) | (911,998.82) | (888,351.44) |
| Net Property and Equipment | | 2,963.67 | 2,963.67 | 2,963.67 | 237,352.73 | 251,023.46 | 267,477.53 | 286,622.99 | 304,759.63 | 382,442.10 | 406,089.42 | 429,736.80 |
| **Other Assets** | | | | | | | | | | | | |
| Deposits | | - | - | - | 33,459.84 | 33,459.84 | 68,139.74 | 67,997.81 | 75,697.81 | 75,839.74 | 68,139.74 | 68,139.74 |
| Deposits-Post Petition | | | | | | | | | | 1,500.00 | 93,500.00 | 170,000.00 |
| Investments in LLCs | | - | - | - | 787,590.87 | 787,590.87 | 892,549.37 | 827,625.25 | 781,063.25 | 753,536.88 | 729,639.44 | 713,229.46 |
| Total Other Assets | | - | - | - | 821,050.71 | 821,050.71 | 960,689.11 | 895,623.06 | 856,761.06 | 830,876.62 | 891,279.18 | 951,369.20 |
| **Total Assets** | | 1,192,677.04 | 1,280,651.96 | 1,387,840.73 | 4,131,608.29 | 6,103,232.19 | 7,474,935.68 | 6,223,938.04 | 5,043,868.97 | 4,103,183.11 | 4,176,226.17 | 4,401,015.17 |
| **Liabilities and Stockholders' Equity** | | | | | | | | | | | | |
| **Post Petition Liabilities** | | | | | | | | | | | | |
| Accounts Payable | | 35,862.62 | 54,488.05 | (8,932.92) | 32,369.91 | 35,241.89 | 80,017.76 | 697,516.81 | 392,664.52 | 67,908.44 | (16,086.33) | 94,411.59 |
| Line of Credit - LCX | | - | - | - | 746,964.94 | 2,235,061.83 | 2,949,899.23 | 1,853,305.54 | 1,255,486.38 | 395,894.69 | 20,887.98 | - |
| Kuukpik/Arctic LLC JV - Kuukpik Share | | 77,396.57 | 77,396.57 | 77,396.57 | 77,396.56 | 77,396.56 | 159,639.08 | 92,085.00 | 70,602.51 | 41,952.61 | 17,079.77 | - |
| Kuukpik/Arctic LLC JV - ACI Share | | - | - | - | 74,381.42 | 74,381.42 | 179,319.92 | 114,395.80 | 67,833.79 | 40,307.42 | 16,409.98 | |
| Short-Term Debt (Owners) | | 550,000.00 | 550,000.00 | 550,000.00 | 550,000.00 | 550,000.00 | 550,000.00 | 550,000.00 | 450,000.00 | 350,000.00 | 350,000.00 | 350,000.00 |
| Accrued Wages, PR Taxes, and 401k | | - | - | 179.94 | 193,519.65 | 278,663.56 | 433,383.91 | 449,906.33 | 355,721.74 | 252,462.41 | 221,592.30 | - |
| Insurance Fee Payable (refund to offset) | | - | - | - | - | 66,876.00 | 66,876.00 | - | - | - | - | |
| Donations Payable | | - | - | - | 9,591.77 | 8,445.97 | 2,678.65 | | | | | |
| Accrued Interest Payable | | - | - | - | - | - | 38,148.73 | 38,148.73 | 38,148.73 | 38,148.73 | 20,864.66 | - |
| Total Postpetition Liabilities | | 663,259.19 | 681,884.62 | 618,643.59 | 1,684,204.25 | 3,326,887.23 | 4,459,963.28 | 3,795,340.21 | 2,630,457.67 | 1,186,674.30 | 630,748.38 | 444,411.59 |
| **Pre Petition Liabilities** | | | | | | | | | | | | |
| Accounts Payable | A | 1,491,564.12 | 1,491,564.12 | 1,491,564.12 | 1,598,011.52 | 1,618,553.76 | 1,634,371.59 | 1,665,320.62 | 1,684,282.30 | 1,687,390.58 | 1,711,904.99 | 1,737,026.39 |
| Notes Payable (LCX) | B | | | | 764,965.87 | 764,965.87 | 764,965.87 | 764,965.87 | 764,965.87 | 764,965.87 | 764,965.87 | 764,965.87 |
| Accrued BLM Camp Removal Fees | | 300,000.00 | 300,000.00 | 300,000.00 | 300,000.00 | 300,000.00 | 300,000.00 | 300,000.00 | 300,000.00 | 300,000.00 | 329,000.00 | 329,913.11 |
| Accrued Wages, PR Taxes, and 401k | | | | | | | | | | | - | 237,812.18 |
| Short-Term Debt (Owners) | | 1,620,000.00 | 1,620,000.00 | 1,620,000.00 | 1,620,000.00 | 1,620,000.00 | 1,620,000.00 | 1,620,000.00 | 1,620,000.00 | 1,620,000.00 | 1,620,000.00 | 1,620,000.00 |
| Accrued Interest Payable | | 151,671.64 | 151,671.64 | 151,671.64 | 151,671.64 | 151,671.64 | 151,671.64 | 151,671.64 | 151,671.64 | 151,671.64 | 151,671.64 | 151,671.64 |
| Worker's Comp Payable (24000) | | | | | | | | | | | - | 18,216.00 |
| Other Accrued Liabilities | C | - | - | - | 11,253.42 | 24,185.30 | 29,960.67 | 31,269.29 | 31,944.87 | 62,865.18 | 212,397.25 | (28,033.28) |
| Accrued Bonus and BOD Fees (Pre-Petition) | | 264,000.00 | 264,000.00 | 264,000.00 | 264,000.00 | 264,000.00 | 264,000.00 | 264,000.00 | 264,000.00 | 264,000.00 | 264,000.00 | 264,000.00 |
| Kuukpik/Arctic LLC JV - Kuukpik Share | | 544,662.54 | 544,662.54 | 544,662.54 | 544,662.54 | 544,662.54 | 544,662.54 | 544,662.54 | 544,662.54 | 544,662.54 | 544,662.54 | 544,662.54 |
| Kuukpik/Arctic LLC JV - ACI Share | C | - | - | - | 527,958.56 | 527,958.56 | 527,958.56 | 527,958.56 | 527,958.56 | 527,958.56 | 527,958.56 | 527,958.56 |
| Total Prepetition Liabilities | | 4,371,898.30 | 4,371,898.30 | 4,371,898.30 | 5,782,523.55 | 5,815,997.67 | 5,837,590.87 | 5,909,848.52 | 5,889,485.78 | 5,923,514.37 | 6,126,560.85 | 6,168,193.01 |
| **Total Liabilities** | | 5,035,157.49 | 5,053,782.92 | 4,990,541.89 | 7,466,727.80 | 9,142,884.90 | 10,297,554.15 | 9,865,188.73 | 8,519,943.45 | 7,110,188.67 | 6,757,309.21 | 6,612,604.60 |
| **Stockholders' Equity** | | | | | | | | | | | | |
| Common Stock | | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 |
| Paid in Capital in Excess | | 298,680.00 | 298,680.00 | 298,680.00 | 298,680.00 | 298,680.00 | 298,680.00 | 298,680.00 | 298,680.00 | 298,680.00 | 298,680.00 | 298,680.00 |
| Distributions | | (460,000.00) | (460,000.00) | (460,000.00) | (460,000.00) | (460,000.00) | (460,000.00) | (460,000.00) | (460,000.00) | (460,000.00) | (460,000.00) | (460,000.00) |

Page 1 of 2

**ARCTIC CATERING, INC.**
**COMPARATIVE BALANCE SHEET**

| | | 8/31/19 | 7/31/19 | 6/30/19 | 5/26/19 | 4/28/19 | 3/31/19 | 2/24/19 | 1/27/19 | 12/30/18 | 11/25/18 | 10/28/18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Retained Earnings | D | $ (3,206,411.31) | $ (3,206,411.31) | $ (3,206,411.31) | $ (3,206,411.31) | $ (3,206,411.31) | $ (3,206,411.31) | $ (3,206,411.31) | $ (3,206,411.31) | $ (163,500.53) | $ (163,500.53) | $ (163,500.53) |
| Net Income | | $ (522,749.14) | $ (453,399.65) | $ (282,969.85) | $ (15,388.20) | $ 280,078.60 | $ 497,112.84 | $ (121,519.38) | $ (156,343.17) | $ (2,730,185.03) | $ (2,304,262.51) | $ (1,934,768.90) |
| **Total Stockholders' Equity** | | $ (3,842,480.45) | $ (3,773,130.96) | $ (3,602,701.16) | $ (3,335,119.51) | $ (3,039,652.71) | $ (2,822,618.47) | $ (3,441,260.69) | $ (3,476,074.48) | $ (3,007,005.56) | $ (2,581,083.04) | $ (2,211,589.43) |
| **Total Liabilities and Sockholders' Equit** | | $ 1,192,677.04 | $ 1,280,651.96 | $ 1,387,840.73 | $ 4,131,608.29 | $ 6,103,232.19 | $ 7,474,935.68 | $ 6,223,938.04 | $ 5,043,868.97 | $ 4,103,183.11 | $ 4,176,226.17 | $ 4,401,015.17 |
| | | $ - | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**A** *Detail of Changes in Pre-Petition Accounts Payable*

| | | | |
|---|---|---|---|
| 12/30/18 Balance | | $ | 1,687,390.58 |
| | and Stmt | $ | (3,108.28) |
| 1/27/19 Balance | | $ | 1,684,282.30 |
| | 2/7/19 PACA payment to Charlies Produce | $ | (20,000.00) |
| | Other Corrections per Review of Balances | $ | 1,038.32 |
| 2/28/19 Balance | | $ | 1,665,320.62 |
| | 3/19 PACA payment to Charlies Produce | $ | (17,000.00) |
| | Reclass UltiPro Invoices from Pre to Post based on period billed | $ | (13,949.03) |
| 3/31/19 Balance | | $ | 1,634,371.59 |
| | PACA payments to Charlies Produce and Keany | $ | (20,542.24) |
| | Reconcile PACA Settlements and Utility Bills to books | $ | 4,724.41 |
| 4/28/19 Balance | | $ | 1,618,553.76 |
| | PACA payments to Charlies Produce and Keany | $ | (20,542.24) |
| 5/26/19 Balance | | $ | 1,598,011.52 |
| | Alliance Bank Credit Card - Secured Claim | $ | (79,430.18) |
| | PACA payments to Charlies Produce and Keany | $ | (27,017.22) |
| 7/31/19 Balance | | $ | 1,491,564.12 |

**B** LCX Note paid off upon Asset Sale (Secured Claim -AR)

**C** Other Accrued Liabilites - Pre-Petitoin Balance sb $0 (related to United Way amount not due)
Kuukpik/Arctic LLC JV - ACI Share  Offest by Investment in JV which was written off

**D** Prior Period Adjustments to Retained Earnings

| | | | | |
|---|---|---|---|---|
| RE at 12/30/18 (end of year - FYE 2018) | | | $ | (2,893,685.56) |
| Write off WC Deposit | $ | (139,337.00) | | |
| Write off L 48 Assets | $ | (33,622.36) | | |
| Write off Small Wares Inventory | $ | (139,766.39) | $ | (312,725.75) |
| RE at 12/31/18 (BOY - FYE 2019) | | | $ | (3,206,411.31) |

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | $0.00 | $0.00 | $0.00 | $0.00 |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | $0.00 | $0.00 | $0.00 | $0.00 |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | $73,277.79 |
| Plus: Amount Loaned Since Filing Date | $0.00 |
| Less: Amount Collected Since Filing Date | $0.00 |
| Less: Amount Considered Uncollectible | $0.00 |
| Net Due From Insiders | $73,277.79 |

| INVENTORY | |
|---|---|
| Beginning Inventory | $0.00 |
| Plus: Purchases | |
| Less: Cost of Goods Sold | |
| Less: Sale of Assets | |
| Ending Inventory | $0.00 |

Date Last Inventory was taken: Inventory sold on 6/17/19

| FIXED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | | | | |
| Accumulated Depreciation | | | | |
| Net Buildings | | | | |
| Equipment | $1,068,753.62 | | | $1,068,753.62 |
| Accumulated Depreciation | | | | |
| Net Equipment | | | | |
| Autos/Vehicles | $249,334.62 | | | $49,170.06 |
| Accumulated Depreciation | | | | ($46,206.39) |
| Net Autos/Vehicles | | | | $2,963.67 |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

Asset Sale approved by Court 6/14/19

Page 5

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | $35,862.62 | $1,536.62 | $34,326.00 | $0.00 | $0.00 |
| Taxes Payable | | | | | |
| Notes Payable - Owner | $550,000.00 | $0.00 | $0.00 | $0.00 | $550,000.00 |
| Professional Fees Payable | | | | | |
| Secured Debt - LCX LOC | | | | | |
| Other (Listed below) | | | | | |
| Kuukpik/Arctic JV - Kuukpik | $77,396.56 | $0.00 | $0.00 | $0.00 | $77,396.56 |
| Accrued Wages, PR Taxes, 401k | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Post-Petition Liabilities | $663,259.18 | $1,536.62 | $34,326.00 | $0.00 | $627,396.56 |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| Dave Gonzales | Expense Reports - Operating and Travel Expenses | $0.00 | $51,249.15 |
| Dave Gonzales | Compensaton | $56,765.45 | $116,165.45 |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

| Professionals | | | |
|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| Dickinson Wright Via LCX | per LCX agreement | | $0.00 | $79,821.58 |
| May Potenza Baran & Gillepsie | 3/28/2019 | $163,385.19 | $19,412.29 | $163,385.19 |
| | | | | |
| | | | | |
| Total Payments to Professionals | | | $19,412.29 | $243,206.77 |

Page 6

# CASE STATUS

## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? |  | X |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? |  | X |
| Are any wages past due? |  | X |
| Are any U. S. Trustee quarterly fees delinquent? |  | X |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

Current number of employees:  2  Part time as of 8/31/19  - 1099 Payments vs W-2 due to Asset Sale

**INSURANCE**

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| CNA Connect - 3036045476 | Property & Liability | 7/1/19 - 7/1/20 | Annual - Paid 7/17/19 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

Sale of Assets Closed June 17, 2019

**Identify any matters that are delaying the filing of a plan of reorganization:**

None

# DISBURSEMENT DETAIL

| | |
|---|---|
| **Month:** | 7/31/2019 |
| **Account #** | 3391 |
| **Bank Name** | Alliance Bank |

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | OPERATING ACCOUNT - See Attached Schedule | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total checks listed on this page** | | | | |
| **Total checks listed on continuation pages** | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | |
|---|---|
| | |

**ARCTIC CATERING INC - ALLIANCE OPERATING ACCOUNT (3391)**
**DISBURSEMENTS:**
**July 1, 2019 - July 31, 2019**

| Check # | Date | Payee | Amount | Purpose |
|---------|------|-------|--------|---------|
| **BUSINESS - ORDINARY OPERATIONS** | | | | |
| **Checks and** | | | | |
| **EFT's:** | | | | |
| | | | | |
| 41841 | 8/1/19 | Kristoffer Kaminski | $681.96 | Expense Reimbursement (Toner & Paper) |
| 41842 | 8/2/19 | Kristoffer Kaminski | $2,896.94 | Compenstion 7/8 - 8/2 |
| 41843 | 8/5/19 | Catalyst Ventures, Inc. | $4,863.03 | Rent (offeset by $1,826.71 rent collected) |
| 41844 | 8/6/19 | David Gonzales | $30,000.00 | Compensation 7/22 - 8/4 |
| 41845 | 8/6/19 | Lorelei Gonzales | $5,940.00 | Compensation 7/22 - 8/4 |
| 41846 | 8/6/19 | Iron Mountain | $67.80 | Utility - Shredding service AZ office |
| 41847 | 8/6/19 | Jaime Gonzales | $544.00 | Compensation 7/25 |
| 41848 | 8/6/19 | May, Potenza, Baran & Gillespi | | Reported Below |
| 41849 | 8/6/19 | Lorelei Gonzales | $801.24 | Expense Reimbursement (Sage accounting software) |
| 41850 | 8/12/19 | Jaime Gonzales | $1,632.00 | Compensation 8/5 - 8/12 |
| 41851 | 8/12/19 | Marcus Losada | $2,200.00 | Compensation 7/18 - 8/2 - FINAL CHECK |
| WIRE 8/13 | 8/13/19 | AACSS (dba Latitude Catering) | $16,445.16 | Reimbursement for Pre-Sale Expenses |
| 41852 | 8/14/19 | Jaime Gonzales | $2,397.65 | Compensation 7/22-8/4 - FINAL CHECK |
| 41853 | 8/20/19 | Lorelei Gonzales | $4,129.46 | Compensation 8/5-8/18 |
| 41854 | 8/20/19 | Kristoffer Kaminski | $1,758.90 | Compensation 8/5-8/18 - FINAL CHECK |
| 41855 | 8/20/19 | David Gonzales | $26,765.45 | Compensation 8/5-8/18 |

| DISBURSEMENTS - 3391 Business Ordinary Operations | $101,123.59 |
|---|---|

**Pre-Petition Debt**

| DISBURSEMENTS - Pre-Petition Payables | $0.00 |
|---|---|

**Bank Fees:**

| Bank Fee ACH | 8/22/19 | Alliance Bank | $661.25 |
|---|---|---|---|
| **DISBURSEMENTS - Pre-Petition Payables** | | | **$661.25** |

**Reorganization - Attorney Fees:**

| 41848 | 8/6/19 | May, Potenza, Baran & Gillespi | $19,412.29 | 3/28/19 Court Order |
|---|---|---|---|---|
| **DISBURSEMENTS - Attorney Fees** | | | **$19,412.29** | |

**US Trustee Fees:**

| DISBURSEMENTS - US Trustee Fees | $0.00 |
|---|---|

# ARCTIC CATERING, INC.
## Aged Payables
## As of Sep 3, 2019

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Vendor ID Vendor | Invoice/CM # | Date | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | Age |
|---|---|---|---|---|---|---|---|---|
| COX<br>Cox Business | Due 9/7 | 8/27/19 | 278.64 | | | | 278.64 | 7 |
| **COX**<br>**Cox Business** | | | **278.64** | | | | **278.64** | |
| INDEED<br>INDEED INC | 24076536 - 6/3 | 8/31/19 | 201.06 | | | | 201.06 | 3 |
| **INDEED**<br>**INDEED INC** | | | **201.06** | | | | **201.06** | |
| NORTH SLOPE BOROUGH<br>North Slope Borough | P-010-002-54 2 | 8/26/19 | 1,056.92 | | | | 1,056.92 | 8 |
| **NORTH SLOPE BOROUGH**<br>**North Slope Borough** | | | **1,056.92** | | | | **1,056.92** | |
| VILLA<br>Villanueva & Company, P.C. | 1207818 | 7/24/19 | | 34,326.00 | | | 34,326.00 | 41 |
| **VILLA**<br>**Villanueva & Company, P.C.** | | | | **34,326.00** | | | **34,326.00** | |
| **Report Total** | | | **1,536.62** | **34,326.00** | | | **35,862.62** | |

# Alliance Bank
## OF ARIZONA

Alliance Bank of Arizona, a division of Western Alliance Bank.
Member FDIC.

**PO Box 26237 • Las Vegas, NV 89126-0237**
**Return Service Requested**

ARCTIC CATERING INC
CH 11 DEBTOR IN POSSESSION
CASE 2:18-BK-13118
OPERATING ACCOUNT
7373 E DOUBLETREE RANCH RD SUITE 125
SCOTTSDALE AZ 85258-2037

Direct inquiries to:
877-273-2265

Alliance Bank Of Arizona
6263 North Scottsdale RD Suite 100
Scottsdale AZ 85250

---

*THANK YOU FOR BANKING WITH US!*

---

## Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXX) | Beginning balance | $866,897.62 |
| Low balance | $777,345.31 | Total additions | 291,698.34 |
| Average balance | $838,262.68 | Total subtractions | 373,739.51 |
| Avg collected balance | $835,558 | Ending balance | $784,856.45 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 41839 | 08-05 | 472.79 | 41848 | 08-13 | 19,412.29 |
| 41840 | 08-15 | 210.09 | 41849 | 08-14 | 801.24 |
| 41841 | 08-02 | 681.96 | 41850 | 08-16 | 1,632.00 |
| 41842 | 08-05 | 2,896.94 | 41851 | 08-15 | 2,200.00 |
| 41843 | 08-14 | 4,863.03 | 41852 | 08-16 | 2,397.65 |
| 41844 | 08-07 | 30,000.00 | 41853 | 08-21 | 4,129.46 |
| 41845 | 08-07 | 5,940.00 | 41854 | 08-21 | 1,758.90 |
| 41846 | 08-12 | 67.80 | 41855 | 08-21 | 26,765.45 |
| 41847 | 08-21 | 544.00 | | | |

### DEBITS

| Date | Description | Subtractions | |
|---|---|---|---|
| 07-29 | ' ACH Debit | 120.00 | ✱ |
| | DISCOVERY BENEFI PLAN FUND 190729 | | |
| | 19207CBBA15C6 | | |
| 07-29 | ' ACH Debit | 313.38 | ✱ |
| | DISCOVERY BENEFI PLAN FUND 190729 | | |
| | 19207F0485555 | | |

*✱ Booked in July - Reimbursed 7/24 by Amctss* (handwritten)

ARCTIC CATERING INC
August 23, 2019

| Date | Description | Subtractions |
|---|---|---|
| 08-05 | ' Wire Dr O/L Usd | 24,817.68 ~~O~~ |
| | OUTGOING WIRE BNF ALASKA ARCTIC CATERING AND SUPPO RT;REF ;WIRE/OUT - 20192170229400 | |
| 08-13 | ' Wire Dr O/L Usd | 16,445.16 |
| | OUTGOING WIRE BNF ALASKA ARCTIC CATERING AND SUPPO RT;REF ;WIRE/OUT - 20192250154700 | |
| 08-13 | ' Wire Dr O/L Usd | 226,608.44 *N* |
| | OUTGOING WIRE BNF ALASKA ARCTIC CATERING AND SUPPO RT;REF ;WIRE/OUT - 20192250137900 | |
| 08-22 | ' Analysis Results Chg | 661.25 |
| | ANALYSIS CHARGES FOR 07/19 | |

**CREDITS**

| Date | Description | Additions |
|---|---|---|
| 08-02 | ' Online Transfer Cr | 24,817.68 ~~O~~ |
| | REF 2141541L FUNDS TRANSFER FRMDEP FROM CONOCO DEPOSIT | |
| 08-02 | Cash Vault Deposit | 626.71 |
| 08-02 | Cash Vault Deposit | 18,000.00 |
| 08-02 | ' ACH Credit | 5,930.00 |
| | ALASKA ARCTIC CA SENDER 190802 428220150 | |
| 08-13 | ' Online Transfer Cr | 226,608.44 *N* |
| | REF 2251050L FUNDS TRANSFER FRMDEP FROM CONOCO TRANSFER | |
| 08-14 | Cash Vault Deposit | 182.78 |
| 08-21 | Cash Vault Deposit | 8,021.59 |
| 08-23 | ' ACH Credit | 7,511.14 |
| | EPA TREAS 310 MISC PAY RMR*IV*AK00027618R -08/04/2019-EPC1701*PI*7511.14*EPC17013/\ | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-26 | 866,897.62 | 08-12 | 850,961.46 | 08-21 | 778,006.56 |
| 07-29 | 866,464.24 | 08-13 | 815,104.01 | 08-22 | 777,345.31 |
| 08-02 | 915,156.67 | 08-14 | 809,622.52 | 08-23 | 784,856.45 |
| 08-05 | 886,969.26 | 08-15 | 807,212.43 | | |
| 08-07 | 851,029.26 | 08-16 | 803,182.78 | | |

*O July Post Sale Collections wired to AACross
N August Post Sale AR Collections wired to AACross*

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Alliance Bank Of Arizona*

# Alliance Bank
## OF ARIZONA

Alliance Bank of Arizona, a division of Western Alliance Bank.
Member FDIC.

PO Box 26237 • Las Vegas, NV 89126-0237
**Return Service Requested**

ARCTIC CATERING INC
CH 11 DEBTOR IN POSSESSION
CASE 2:18BK-13118
COLLATERAL ACCOUNT
7373 E DOUBLETREE RANCH RD SUITE 125
SCOTTSDALE AZ 85258-2037

Last statement: July 26, 2019
This statement: August 23, 2019
Total days in statement period: 28

Page 1 of 2
XXXXXX
( 0)

Direct inquiries to:
877-273-2265

Alliance Bank Of Arizona
6263 North Scottsdale RD Suite 100
Scottsdale AZ 85250

---

*THANK YOU FOR BANKING WITH US!*

---

## Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXX | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions | 251,426.12 |
| Average balance | $21,177.35 | Total subtractions | 251,426.12 |
| Avg collected balance | $21,177 | Ending balance | $.00 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 08-02 | ' Online Transfer Dr | 24,817.68 |
| | REF 2141541L FUNDS TRANSFER TO DEF | |
| | FROM CONOCO DEPOSIT | |
| 08-13 | ' Online Transfer Dr | 226,608.44 |
| | REF 2251050L FUNDS TRANSFER TO DEP ```2291 | |
| | FROM CONOCO TRANSFER | |

*Booked in sub* (handwritten)

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 07-29 | ' ACH Credit | 24,817.68 |
| | CONOCO PHILLIPS PAYMENTS NTE*ZZZ*\|AK0002773 | |
| | 6-6/23/2019\|\ | |
| 08-07 | ' ACH Credit | 47,130.60 |
| | CONOCO PHILLIPS PAYMENTS NTE*ZZZ*\|1004-6/30 | |
| | /2019\|\ | |
| 08-12 | ' ACH Credit | 86,961.52 |
| | CONOCO PHILLIPS PAYMENTS NTE*ZZZ*\|ALPINE010 | |
| | 33-6/30/2019\|ALPINE01033-6/30/2019\|ALPINE01033-6/30/20 | |

*Booked in sub* (handwritten)

ARCTIC CATERING INC
August 23, 2019

| Date | Description | Additions |
|---|---|---|
| 08-12 | ' ACH Credit | 92,516.32 |
| | CONOCO PHILLIPS PAYMENTS 190812 | |
| | YA 22000272149 | |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-26 | 0.00 | 08-02 | 0.00 | 08-12 | 226,608.44 |
| 07-29 | 24,817.68 | 08-07 | 47,130.60 | 08-13 | 0.00 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Alliance Bank Of Arizona*

# Alliance Bank
## OF ARIZONA

Alliance Bank of Arizona, a division of Western Alliance Bank.
Member FDIC.

PO Box 26237 • Las Vegas, NV 89126-0237
Return Service Requested

ARCTIC CATERING INC
CH 11 DEBTOR IN POSSESSION
CASE 2:18BK-13118
PAYROLL ACCOUNT
7373 E DOUBLETREE RANCH RD SUITE 125
SCOTTSDALE AZ 85258-2037

Last statement: July 26, 2019
This statement: August 23, 2019
Total days in statement period: 28

Page 1 of 1
XXXXX⟩
( 0)

Direct inquiries to:
877-273-2265

Alliance Bank Of Arizona
6263 North Scottsdale RD Suite 100
Scottsdale AZ 85250

---

*THANK YOU FOR BANKING WITH US!*

---

## Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXX⟋ | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions | .00 |
| Average balance | $0.00 | Total subtractions | .00 |
| Avg collected balance | $0 | Ending balance | $.00 |

**\*\* No activity this statement period \*\***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Alliance Bank Of Arizona*